# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA
# SAN JOSE DIVISION

| | |
|---|---|
| TESSERA, INC., | Case No. 15-cv-02543 NC |
| Plaintiff, | **SUA SPONTE JUDICIAL REFERRAL FOR PURPOSES OF DETERMINING RELATIONSHIP OF CASES** |
| v. | |
| TOSHIBA CORPORATION, | |
| Defendant. | |

In accordance with Civil Local Rule 3-12(c), IT IS HEREBY ORDERED that the above captioned case is referred to Judge Edward J. Davila to determine whether it is related to Tessera, Inc. v. UTAC (Taiwan) Corporation, Case No. 10-cv-04435 EJD.

IT IS SO ORDERED.

Date: June 9, 2015

_____
Nathanael M. Cousins
United States Magistrate Judge

Case No. 15-cv-02543 NC
SUA SPONTE JUDICIAL REFERRAL
RE: RELATING CASES