IRELL & MANELLA LLP
Morgan Chu (70446) MChu@irell.com
Benjamin W. Hattenbach (186455) BHattenbach@irell.com
Hong Annita Zhong (266924) HZhong@irell.com
James A. Milkey (281283) JMilkey@irell.com
Josh Glucoft (301249) JGlucoft@irell.com
1800 Avenue of the Stars, Suite 900
Los Angeles, California 90067-4276
Telephone:  (310) 277-1010
Facsimile:   (310) 203-7199

*Attorneys for Plaintiff*
TESSERA, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| TESSERA, INC., | Case No. 5:15-cv-02543-BLF |
| Plaintiff, | [PROPOSED] ORDER REGARDING WITHDRAWAL OF LAURA A. SEIGLE AS COUNSEL FOR TESSERA, INC. |
| vs. | |
| TOSHIBA CORPORATION, | |
| Defendant. | |

1  Having considered the request of Plaintiff Tessera, Inc. to allow Laura A. Seigle to
2  withdraw as counsel of record for Tessera, Inc. in the above captioned matter,
3  IT IS HEREBY ORDERED THAT:
4  (1) Tessera Inc.'s request is GRANTED;
5  (2) Laura A. Seigle is relieved as counsel of record for Tessera, Inc. in the above captioned
6  matter; and
7  (3) Laura A. Seigle is terminated from electronic notifications in this action.

IT IS SO ORDERED.

Dated: August 12, 2015

Hon. Beth Labson Freeman
United States District Judge

3471775

- 1 -

[PROPOSED] ORDER REGARDING WITHDRAWAL OF COUNSEL
CASE NO. 5:15-CV-02543-BLF