UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| TESSERA, INC., <br>     Plaintiff, <br> v. <br> TOSHIBA CORPORATION, <br>     Defendant. | Case No. 15-cv-02543-BLF <br><br> **CASE MANAGEMENT ORDER** |

On 10/15/2015, the parties appeared before Judge Beth Labson Freeman for a Case Management Conference.

IT IS HEREBY ORDERED that the following schedule shall apply in this case:

| EVENT | DATE OR DEADLINE |
|---|---|
| Further Case Management Conference | 11/17/2016 at 11:00 AM |
| Last Day to Amend Pleadings or Add Parties | n/a |
| Last Day to Disclose Experts | n/a |
| Fact Discovery Cut-Off | n/a |
| Early Summary Judgment Hearing | 09/22/2016 at 9:00 AM |
| Last Day to Hear Dispositive Motions | 03/16/2017 at 9:00 AM |
| Final Pretrial Conference | 05/25/2017 at 1:30 PM |
| Trial | 06/19/2017 at 9:00 AM |

1     IT IS FURTHER ORDERED THAT all disputes with respect to disclosures or discovery
2 are referred to the assigned Magistrate Judge.
3     IT IS FURTHER ORDERED THAT the parties shall comply with the Court's standing
4 orders, which are available on the Court's website and in the Clerk's Office.
5     IT IS FURTHER ORDERED THAT the Court GRANTS request for two rounds of
6 Summary Judgment as described in the case management statement.  Briefing limited to 20 pages.
7     IT IS FURTHER ORDERED THAT the Parties are to meet, confer and file a stipulated
8 proposed schedule regarding dates and deadlines to trial by 11/16/2015.
9     IT IS FURTHER ORDERED THAT the Parties are to meet, confer and file a stipulated
10 Discovery Plan regarding Depositions by 01/05/2016.

Dated:  10/15/2015

_____
BETH LABSON FREEMAN
United States District Judge