1  **BAKER BOTTS L.L.P.**
G. Hopkins Guy, III (SBN 124811)
2  hop.guy@bakerbotts.com
Amy K. Liang (SBN 291910)
3  amy.liang@bakerbotts.com
Tina Jing Yang (SBN 304870)
4  tina.yang@bakerbotts.com
1001 Page Mill Road, Building One
5  Palo Alto, CA 94304
Telephone: (650)-739-7500
6  Facsimile:  (650)-739-7699

7  Michael A. Hawes (Pro Hac Vice)
Texas SBN 24010761
8  michael.hawes@bakerbotts.com
Scott F. Partridge (Pro Hac Vice)
9  Texas SBN 00786940
scott.partridge@bakerbotts.com
10  Ali Nooruddin Dhanani (Pro Hac Vice)
Texas SBN 24055400
11  ali.dhanani@bakerbotts.com
One Shell Plaza
12  910 Louisiana Street
Houston, Texas 77002
13  Telephone: (512) 322-2500
Facsimile: (512) 322-2501
14
David M. Genender (Pro Hac Vice)
15  Texas SBN 00790757
david.genender@bakerbotts.com
16  2001 Ross Avenue, Suite 700
Dallas, Texas 75201
17  Telephone: (214) 953-6500

18  Attorneys for Defendant
TOSHIBA CORPORATION
19

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**SAN JOSE DIVISION**

| | |
|---|---|
| TESSERA, INC.,<br><br>    Plaintiff,<br><br>  v.<br><br>TOSHIBA CORPORATION,<br><br>    Defendant. | C.A. No. 5:15-CV-02543-BLF<br><br>**[~~PROPOSED~~] ORDER REGARDING WITHDRAWAL OF ALALI DAGOGO-JACK AS COUNSEL FOR TOSHIBA CORPORATION** |

1  Having considered the request of Defendant Toshiba Corporation to allow Alali Dagogo-
2  Jack to withdraw as counsel of record for Toshiba Corporation in the above captioned matter,
3  IT IS HEREBY ORDERED THAT:
4  (1) Toshiba Corporation's request is GRANTED;
5  (2) Alali Dagogo-Jack is relieved as counsel of record for Toshiba Corporation in the
6  above captioned matter; and
7  (3) Alali Dagogo-Jack is terminated from electronic notifications in this action.

9  IT IS SO ORDERED.

11  Dated: March 21, 2016

*[signature]*
Hon. Beth L. Freeman
United States District Judge

[PROPOSED] ORDER REGARDING
WITHDRAWAL OF COUNSEL ALALI
DAGOGO-JACK

1

CASE NO.: 5:15-CV-02543-BLF