1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**SAN JOSE DIVISION**

| | |
|---|---|
| TESSERA, INC.,<br><br>                  Plaintiff,<br><br>        v.<br><br>TOSHIBA CORPORATION,<br><br>                  Defendant. | C.A. No. 5:15-CV-02543-BLF<br><br>**[~~PROPOSED~~] AMENDED ORDER TO TAKE DEPOSITIONS IN TOKYO, JAPAN**<br><br>  Hon. Nathanael M. Cousins |

1          **AMENDED DEPOSITION ORDER**

2    TO:      Any Consul or Vice Consul of the United States of America

3             United States Embassy of Tokyo, Japan

4             10-5, Akasaka, 1-chome, Minato-ku, Tokyo 107-8420 Japan

5

6             Upon the application of Defendant Toshiba Corporation ("Toshiba") and pursuant to

7    Article 17 of the United States – Japan Consular Convention,

8             IT IS ORDERED that the depositions on notice of the following witnesses be taken at

9    the United States Embassy in Tokyo, Japan, commencing on or about 9:00 AM on May 16, 2016

10   and terminating on or about 5:00 PM, May 23, 2016, and that the marking of any documentary

11   exhibits in connection therewith be permitted:

12        **Hirokazu Ezawa**
          Toshiba Corporation (1-1, Shibaura 1-chome, Minato-ku, Tokyo 105-8001, Japan)
13
14        **Atsushi Yoshimura**
          Toshiba Corporation (1-1, Shibaura 1-chome, Minato-ku, Tokyo 105-8001, Japan)
15        **Yuji Karakane**
          Toshiba Corporation (1-1, Shibaura 1-chome, Minato-ku, Tokyo 105-8001, Japan)
16
17        **Yasuo Takemoto**
          Toshiba Corporation (1-1, Shibaura 1-chome, Minato-ku, Tokyo 105-8001, Japan)
18        **Hiroaki Yamazaki**
          Toshiba Corporation (1-1, Shibaura 1-chome, Minato-ku, Tokyo 105-8001, Japan)
19

20            Listed below are the names of counsel who may participate in these deposition, along

21   with other persons who may attend or assist with these depositions:

22        **For Plaintiffs Tessera**

23        Benjamin Hattenbach (counsel)

24        Lisa S. Glasser (counsel)

25        Ellisen Turner (counsel)

26        Hong Annita Zhong (counsel)

27        James A. Milkey (counsel)

28        Joshua Glucoft (counsel)

1  Brandy Renee Stull (court reporter)

2  Jennifer Buck (court reporter)

3  Bronwen Ruth Williams (court reporter)

4  Paul Diserio (videographer)

5  Hajime Sato (interpreter)

6  Bruce Holcombe (interpreter)

7  **<u>For Defendants Toshiba Corporation</u>**

8  G. Hopkins Guy, III (counsel)

9  David Genender (counsel)

10  J. Gail Foster (counsel)

11  Tina Yang (counsel)

12  Michael Hawes (counsel)

13  Scott Partridge (counsel)

14  Amy Liang (counsel)

15  Ali Dhanani (counsel)

16  Win Hwangbo (in-house counsel for Toshiba)

17  Mitch Hatsumi (corporate representative)

18  Keiko Uchida (corporate representative)

19  Ikuko Shimogawara (corporate representative)

20  Yuichi Saito (corporate representative)

21  Yoshio Murai (corporate representative)

22  Grace Liu (interpreter)

23  Please cause the testimony of said witnesses to be reduced to writing and the depositions

24  signed by said witnesses and annex said deposition testimony to your commission and close the

25  same under your seal and make return thereof to this Court with all convenient speed.

26  [*Signature page follows*]

27  //

28  //

[PROPOSED] AMENDED DEPOSITION ORDER TO
TAKE DEPOSITIONS IN TOKYO, JAPAN
2
CASE NO.: 5:15-CV-02543-BLF

1    IT IS SO ORDERED.

2

3    DATED:  March 29, 2016

4    

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28