**IRELL & MANELLA LLP**
Morgan Chu (70446)
MChu@Irell.com
Benjamin W. Hattenbach (186455)
BHattenbach@Irell.com
Lisa S. Glasser (223406)
LGlasser@Irell.com
Joshua Glucoft (301249)
JGlucoft@Irell.com
1800 Avenue of the Stars, Suite 900
Los Angeles, California 90067-4276
Telephone: (310) 277-1010
Facsimile: (310) 203-7199

*Attorneys for Plaintiff*
Tessera, Inc.

**BAKER BOTTS L.L.P.**
G. Hopkins Guy, III (124811)
hop.guy@bakerbotts.com
Amy K. Liang (291910)
amy.liang@bakerbotts.com
Tina Jing Yang (304870)
tina.yang@bakerbotts.com
1001 Page Mill Road, Bldg. One, Ste. 200
Palo Alto, California 94304
Telephone: (650)-739-7500
Facsimile: (650)-739-7699

Scott Partridge (*pro hac vice*)
scott.partridge@bakerbotts.com
Michael Hawes (*pro hac vice*)
michael.hawes@bakerbotts.com
One Shell Plaza
910 Louisiana Street
Houston, Texas 77002
Telephone: (713) 229-1234
Facsimile: (713) 229-1522

David Genender (*pro hac vice*)
david.genender@bakerbotts.com
2001 Ross Avenue
Dallas, Texas 75201
Telephone: (214) 953-6500
Facsimile: (214) 953-6503

*Attorneys for Defendant*
Toshiba Corporation

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA
### SAN JOSE DIVISION

| | |
|---|---|
| TESSERA, INC.,<br><br>　　　　　Plaintiff,<br>　　v.<br>TOSHIBA CORPORATION,<br><br>　　　　　Defendant. | C.A. No. 5:15-CV-02543-BLF<br><br>**JOINT STIPULATION AND ORDER REGARDING MEET AND CONFER AND BRIEFING DEADLINES**<br><br>Hon. Nathanael M. Cousins |

1   Plaintiff Tessera, Inc. ("Tessera") and Defendant Toshiba Corporation ("Toshiba"), by and through their undersigned counsel of record, hereby respectfully submit this Joint Stipulation and [Proposed] Order Regarding Meet and Confer and Briefing Deadlines.

On April 6-7 and April 7-8, 2016, two depositions of Toshiba 30(b)(6) designees took place and four additional depositions of Toshiba 30(b)(6) designees are scheduled to take place on April 11-12, 12-13, 13-14, and 14-15, 2016.  The parties anticipate that their meet and confer regarding the 30(b)(6) topics will be significantly aided by the deposition testimony.  Moreover, the parties believe it will be difficult to reach a mutually-agreeable resolution until those depositions have taken place.  Accordingly, subject to the Court's approval, the parties hereby stipulate to extend all dates and deadlines in the Court's Order (Docket No. 96) dated April 7, 2016, as follows:

1.   The parties will meet and confer regarding the 30(b)(6) topics addressed by Toshiba's pending motion (Docket No. 95) promptly after the depositions taking place on April 11-15, 2016.

2.   If the parties are unable to resolve the issues, Tessera's opposition to Toshiba's motion for protective order (Docket No. 95) will be due April 21, 2016 and Toshiba's reply on April 28, 2016.

3.   Any hearing on Toshiba's Motion for Protective Order would occur on May 4, 2016 at 1:00 p.m. or any date thereafter convenient for the Court.

[*Signature page and Order follows.*]

1  IT IS SO STIPULATED, THROUGH COUNSEL OF RECORD.

2                                              Respectfully submitted,

3  DATED: April 11, 2016                       BAKER BOTTS L.L.P.

4                                              /s/ *Michael Hawes*
                                               Michael Hawes
5
                                               Attorneys for Defendant
6                                              TOSHIBA CORPORATION

7

8  DATED: April 11, 2016                       IRELL & MANELLA LLP

9                                              /s/ *Lisa S. Glasser*
                                               Lisa S. Glasser
10
                                               Attorneys for Plaintiff
11                                             TESSERA, INC.

12  IT IS SO ORDERED.

13
    DATED: _April 12, 2016_____
14                                             _____
                                               Nathanael M. Cousins
15                                             United States Magistrate Judge

**GRANTED**
Judge Nathanael M. Cousins
UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA