1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

United States District Court
Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

TESSERA, INC.,

          Plaintiff,

    v.

TOSHIBA CORPORATION,

          Defendant.

Case No. 15-cv-02543 BLF (NC)

**ORDER RE: WITHDRAWAL OF MOTION FOR PROTECTIVE ORDER**

Re: Dkt. Nos. 95, 101

      The Court acknowledges and thanks the parties for resolving their discovery dispute about Tessera's depositions noticed under Rule 30(b)(6).   The Court vacates the April 27 discovery hearing.

      **IT IS SO ORDERED.**

Dated:  April 20, 2016

                                    _____
                                NATHANAEL M. COUSINS
                                United States Magistrate Judge