UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

TESSERA, INC.,

           Plaintiff,

     v.

TOSHIBA CORPORATION,

           Defendant.

Case No. 15-cv-02543 BLF   (NC)

**ORDER RE: STIPULATION TO RESOLVE DISCOVERY DISPUTE LETTERS FOUR AND FIVE**

Re: Dkt. Nos. 113, 115

The Court held a hearing to resolve the parties' fourth and fifth discovery disputes at 11:00 a.m. on June 14, 2016, in Courtroom 7, 280 South First Street, San Jose.  The parties will file a joint stipulation stating the terms of their resolutions of both discovery disputes by June 17, 2016.

**IT IS SO ORDERED.**

Dated:  June 14, 2016

_____
NATHANAEL M. COUSINS
United States Magistrate Judge

Case No. 15-cv-02543 BLF    (NC)