1  HARVEY SISKIND LLP
   LAWRENCE J. SISKIND (SBN 85628)
2  Email: siskind@harveysiskind.com
   NAOMI JANE GRAY (SBN 230171)
3  Email: ngray@harveysiskind.com
   Four Embarcadero Center, 39th Floor
4  San Francisco, CA  94111
   Telephone:  (415) 354-0100
5  Facsimile:  (415) 391-7124

6
   BAKER BOTTS L.L.P.
7  G. HOPKINS GUY, III (SBN 124811)
   Email: hop.guy@bakerbotts.com
8  1001 Page Mill Road
   Building One, Suite 200
9  Palo Alto, CA 94304
   Telephone:  (650) 739-7500
10 Facsimile:  (650) 739-7699

11
   SCOTT PARTRIDGE (*pro hac vice*)
12 Email: scott.partridge@bakerbotts.com
   MICHAEL HAWES (*pro hac vice*)
13 Email: michael.hawes@bakerbotts.com
   ALI DHANANI (*pro hac vice*)
14 Email: ali.dhanani@bakerbotts.com
   One Shell Plaza
15 910 Louisiana Street
   Houston, Texas 77002
16 Telephone:  (713) 229-1234
   Facsimile:  (713) 229-1522
17

18
   DAVID GENENDER (*pro hac vice*)
19 Email: david.genender@bakerbotts.com
   2001 Ross Avenue
20 Dallas, Texas 75201
   Telephone:  (214) 953-6500
21 Facsimile:  (214) 953-6503

22
   Attorneys for Defendant
23 TOSHIBA CORPORATION

24

25

26

27

[PROPOSED] ORDER GRANTING WITHDRAWAL OF NAOMI JANE GRAY AS COUNSEL OF RECORD;
CASE NO. 5:15-CV-02543-BLF

1

2

3

**IN THE UNITED STATES DISTRICT COURT**

**FOR THE NORTHERN DISTRICT OF CALIFORNIA**

**SAN JOSE DIVISION**

4

5

6

7

8

9

10

11

TESSERA, INC.,

        Plaintiff,

   v.

TOSHIBA CORPORATION,

        Defendant.

Case No. 5:15-cv-02543-BLF

**~~[PROPOSED]~~**
**ORDER GRANTING WITHDRAWAL OF**
**NAOMI JANE GRAY AS COUNSEL OF**
**RECORD**

Judge:     Hon. Beth Labson Freeman
Courtroom:  3, 5th Floor

12

*/ / /*

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

1    The Court, pursuant to Civil Local Rule 11-5, hereby grants the withdrawal of Naomi Jane

2  Gray as counsel of record for Defendant Toshiba Corporation.

3    IT IS SO ORDERED.

4

5  Dated:  June 21, 2016

6

7  _____
   The Honorable Beth Labson Freeman
8  United States District Court Judge

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

-1-

[PROPOSED] ORDER GRANTING WITHDRAWAL OF NAOMI JANE GRAY AS COUNSEL OF RECORD;
CASE NO. 5:15-CV-02543-BLF