UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| TESSERA, INC.,<br><br>    Plaintiff,<br><br>v.<br><br>TOSHIBA CORPORATION,<br><br>    Defendant. | Case No.  15-cv-02543-BLF<br><br>**ORDER DENYING PLAINTIFF TESSERA,INC.'S MOTION FOR ADMINISTRATIVE RELIEF TO STRIKE**<br><br>[Re: ECF 164] |

Before the Court is Tessera, Inc.'s ("Tessera") motion for administrative relief to strike and expunge portions of Toshiba Corporation's opposition to Tessera's motion for partial summary judgment. ECF 164. Plaintiff brings this motion under Local Rule 7-11, which allows a Party to file a Motion for Administrative Relief relating to "miscellaneous administrative matters, not otherwise governed by a federal statute, Federal or local rule or standing order of the assigned judge." Because Tessera's motion to strike does not constitute a matter appropriately resolved on administrative motion, the Court DENIES the motion without prejudice to the merits of Tessera's argument. Tessera may raise these issues in a procedurally proper manner.

**IT IS SO ORDERED.**

Dated: August 8, 2016

_____
BETH LABSON FREEMAN
United States District Judge