UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| TESSERA, INC.,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>TOSHIBA CORPORATION,<br><br>　　　　　Defendant. | Case No. 15-cv-02543-BLF<br><br>**ORDER RE REDACTION OF ORDER GRANTING IN PART AND DENYING IN PART TOSHIBA'S MOTION FOR SUMMARY JUDGMENT AND DENYING TESSERA'S MOTION FOR PARTIAL SUMMARY JUDGMENT** |

The Court's Order Granting in Part and Denying in Part Toshiba's Motion for Summary Judgment and Denying Tessera's Motion for Partial Summary Judgment has been filed under seal because it contains information that the Court previously allowed to be filed under seal due to its highly confidential and business-sensitive nature. The parties are ordered to meet and confer by no later than November 14, 2016 and submit proposed redactions to the Court's order (to the extent any redaction is required), as well as supporting declaration(s) and a proposed order. If no proposed redactions are received by 11:59 p.m. on November 14, 2016, the Court shall unseal the order in its entirety.

**IT IS SO ORDERED.**

Dated: November 7, 2016

　　　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　　　BETH LABSON FREEMAN
　　　　　　　　　　　　　　　　　　　　　　　　　United States District Judge