```
1                    IN THE UNITED STATES DISTRICT COURT

2                 FOR THE NORTHERN DISTRICT OF CALIFORNIA

3                            SAN JOSE DIVISION

4

5

     TESSERA, INC.,                   )   CV-15-2543-BLF
6                                     )
                    PLAINTIFF,        )   SAN JOSE, CALIFORNIA
7                                     )
               VS.                    )   SEPTEMBER 22, 2016
8                                     )
     TOSHIBA CORPORATION,             )   PAGES 1-47
9                                     )
                    DEFENDANT.        )   *REDACTED*
10                                    )
                                      )
11                                    )

12                       TRANSCRIPT OF PROCEEDINGS
                 BEFORE THE HONORABLE BETH LABSON FREEMAN
13                    UNITED STATES DISTRICT JUDGE

14

15      A P P E A R A N C E S:

16      FOR THE PLAINTIFF:  BENJAMIN W. HATTENBACH
                            IRELL & MANELLA LLP
17                          1800 AVENUE OF THE STARS, SUITE 900
                            LOS ANGELES, CA 90067-4271
18

19      FOR THE DEFENDANT:  GEORGE HOPKINS GUY , III
                            AMY LIANG
20                          BAKER BOTTS LLP
                            1001 PAGE MILL ROAD, BLDG. 1, STE 200
21                          PALO ALTO, CA 94304

22             APPEARANCES CONTINUED ON THE NEXT PAGE

23      OFFICIAL COURT REPORTER:  SUMMER FISHER, CSR, CRR
                                  CERTIFICATE NUMBER 13185
24

25          PROCEEDINGS RECORDED BY MECHANICAL STENOGRAPHY
                TRANSCRIPT PRODUCED WITH COMPUTER
```

```
 1          FOR THE PLAINTIFF:  LISA SHARROCK GLASSER
                               IRELL & MANELLA LLP
 2                             840 NEWPORT CENTER DRIVE, SUITE 400
                               NEWPORT BEACH, CA 92660-6324
 3

 4          FOR THE DEFENDANT:  DAVID M. GENENDER
                               BAKER BOTTS LLP
 5                             2001 ROSS AVENUE, SUITE 700
                               DALLAS, TX 75201
 6

 7

 8

 9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25
```

| | | |
|---|---|---|
| | 1 | SAN JOSE, CALIFORNIA                    SEPTEMBER 22, 2016 |
| | 2 | P R O C E E D I N G S |
| | 3 | (WHEREUPON, COURT CONVENED AND THE FOLLOWING PROCEEDINGS |
| | 4 | WERE HELD:) |
| 10:23AM | 5 | THE CLERK:  CALLING CASE 15-2543.  TESSERA |
| 10:23AM | 6 | INCORPORATED VERSUS TOSHIBA CORPORATION. |
| 10:23AM | 7 | COUNSEL, PLEASE COME FORWARD AND STATE YOUR APPEARANCES. |
| 10:23AM | 8 | MR. HATTENBACH:  GOOD MORNING, YOUR HONOR. |
| 10:23AM | 9 | BEN HATTENBACH, AND MY PARTNER LISA GLASSER FROM IRELL & |
| 10:23AM | 10 | MANELLA FOR TESSERA. |
| 10:23AM | 11 | MR. GUY:  GOOD MORNING, YOUR HONOR. |
| 10:23AM | 12 | HOPKINS GUY, DAVID GENENDER AND AMY LIANG FOR TOSHIBA |
| 10:23AM | 13 | CORPORATION, ALL WITH BAKER BOTTS. |
| 10:24AM | 14 | THE COURT:  GOOD MORNING. |
| 10:24AM | 15 | BEFORE WE GET STARTED, THERE WAS AN ADMINISTRATIVE MOTION |
| 10:24AM | 16 | TO SEAL THE COURTROOM.  I DIDN'T RULE ON IT BECAUSE I WANTED TO |
| 10:24AM | 17 | TALK TO YOU ABOUT WHETHER IT WAS NECESSARY TO CLOSE THE |
| 10:24AM | 18 | COURTROOM FOR THE ENTIRE PROCEEDING, AND SO I JUST WANT TO |
| 10:24AM | 19 | ADDRESS THAT ISSUE FIRST. |
| 10:24AM | 20 | MR. GUY:  YES, YOUR HONOR.  THAT WAS OUR MOTION. |
| 10:24AM | 21 | THE COURT:  THANK YOU, MR. GUY. |
| 10:24AM | 22 | MR. GUY:  WE UNDERSTOOD THAT THERE WOULD BE A BRIEF |
| 10:24AM | 23 | AMOUNT OF TIME TODAY.  WE SAW THE DOCKET, WE ANTICIPATED THAT |
| 10:24AM | 24 | WE WOULD.  WE DIDN'T WANT TO HAVE INTERRUPTIONS, SO THAT WAS |
| 10:24AM | 25 | THE POINT OF IT. |

10:24AM  1      WE HAVE NOW TURNED THE SCREENS AWAY FROM THE GALLERY.  WE

10:24AM  2  CAN ATTEMPT TO GO THROUGH IT, BUT THERE IS CONFIDENTIAL

10:24AM  3  INFORMATION, THE CONTRACT IS CONFIDENTIAL, WE ARE UNDER

10:24AM  4  CONFIDENTIALITY ORDERS AS WELL.

10:24AM  5      SO THAT'S THE CONCERN, YOUR HONOR.

10:24AM  6          THE COURT:  AND SO YOU ARE ASKING TO CLOSE THE

10:24AM  7  COURTROOM FOR THE ENTIRE HEARING?

10:24AM  8          MR. GUY:  YES.

10:24AM  9          THE COURT:  MR. HATTENBACH?

10:24AM  10          MR. HATTENBACH:  WE THINK THAT'S OVERKILL,

10:25AM  11  YOUR HONOR.

10:25AM  12      WE INFERRED FROM YOUR HONOR'S RULINGS ON MOTIONS TO SEEM

10:25AM  13  THAT YOU ARE INTERESTED IN PUBLIC ACCESS TO THE COURTS, AND SO

10:25AM  14  WE DON'T JOIN THE MOTION.

10:25AM  15          THE COURT:  WELL, MR. GUY, I'M VERY -- I CERTAINLY

10:25AM  16  KNOW FROM READING THE PAPERS AND READING THE UNREDACTED

10:25AM  17  VERSIONS SEEING THE HIGHLIGHTED PORTIONS THAT ALERTED ME TO

10:25AM  18  WHAT IS CONFIDENTIAL, THAT I WOULD UNFORTUNATELY BE THE ONE

10:25AM  19  STUMBLING INTO THINGS THAT YOU CONSIDER CONFIDENTIAL, AND

10:25AM  20  BECAUSE I SIMPLY CAN'T RECALL WHAT I READ THAT WAS HIGHLIGHTED

10:25AM  21  AND WHAT WASN'T.  SO I'M VERY SYMPATHETIC TO THAT.

10:25AM  22      I KNOW THAT AGREEMENTS OF THIS SORT ARE KEPT CLOSE BY

10:25AM  23  COMPANIES BECAUSE YOU NEGOTIATE WITH MANY DIFFERENT COMPANIES

10:25AM  24  IN THE INDUSTRY AND KEEPING THAT INFORMATION CONFIDENTIAL IS

10:25AM  25  IMPORTANT TO YOU.

10:25AM 1      WHAT I AM INCLINED TO DO IS TO GRANT YOUR REQUEST TO CLOSE

10:25AM 2  THE COURTROOM, I WILL THEN REQUIRE THAT YOU REVIEW THE

10:26AM 3  TRANSCRIPT, THAT YOU MAKE A REQUEST TO REDACT ONLY THOSE

10:26AM 4  PORTIONS THAT ARE REASONABLY SUBJECT TO SEALING, AND MAKE THE

10:26AM 5  REMAINDER OF THE TRANSCRIPT AVAILABLE TO THE PUBLIC.

10:26AM 6      I KNOW YOU WILL BE ORDERING THE TRANSCRIPT ANYWAY, BUT I

10:26AM 7  WOULD REQUIRE THAT YOU DO THAT SO THAT YOU CAN -- AND THEN WHEN

10:26AM 8  IT'S ORDERED, THE COURT REPORTER WILL PROVIDE IT TO YOU UNDER

10:26AM 9  SEAL SO THAT IT IS NOT MADE AVAILABLE, AND UPON MY GRANTING THE

10:26AM 10 REDACTION, THEN THE REMAINDER OF IT CAN BE -- THE UNREDACTED

10:26AM 11 VERSION WILL BE SEALED AND THE REDACTED VERSION CAN BE MADE

10:26AM 12 AVAILABLE TO THE PUBLIC.

10:26AM 13      MR. GUY:  THAT'S CERTAINLY AGREED, YOUR HONOR.

10:26AM 14     THANK YOU VERY MUCH.

10:26AM 15      THE COURT:  ALL RIGHT.  THANK YOU.

10:26AM 16     SO WITH THAT, AND OF COURSE THAT MAY INCLUDE SOME OF THE

10:26AM 17 PEOPLE YOU HAVE BROUGHT WITH YOU, I AM GOING TO CLOSE THE

10:26AM 18 COURTROOM.

10:26AM 19     AND COUNSEL, IT WILL BE UP TO YOU TO IDENTIFY THOSE WHO ARE

10:27AM 20 ALLOWED TO REMAIN, OTHERWISE I WILL EXCLUDE THE PUBLIC FOR THIS

10:27AM 21 DISCUSSION, AND THE CONTENTS WILL BE MADE AVAILABLE REALLY

10:27AM 22 QUITE SHORTLY OF WHAT'S HAPPENED IN THIS HEARING.

10:27AM 23      MR. GUY:  THANK YOU, YOUR HONOR.

10:27AM 24     THREE INDIVIDUALS WHO ARE IN THE GALLERY WITH TOSHIBA

10:27AM 25 CORPORATION, LARRY SISKIND, YUICHI SAITO, AND WIN HWANGBO.

```
10:27AM   1          THE COURT:  AND THEY ARE ALL WITHIN YOUR OWN

10:27AM   2   CONFIDENTIALITY ORDERS ALLOWED TO HEAR ALL OF THIS INFORMATION?

10:27AM   3          MR. GUY:  CERTAINLY, MR. SISKIND.

10:27AM   4      I BELIEVE WIN HWANGBO, BUT YUICHI SAITO, HE JUST ARRIVED

10:27AM   5   FROM JAPAN.

10:27AM   6          THE COURT:  WELCOME.

10:27AM   7          MR. GUY:  AND I BELIEVE THAT HE IS NOT CURRENTLY

10:27AM   8   UNDER THE PROTECTIVE ORDER, YOUR HONOR.

10:27AM   9          THE COURT:  OKAY.

10:27AM  10          MR. GUY:  HE CAN STAY FOR THE TOSHIBA CORPORATION.

10:27AM  11          THE COURT:  OKAY.

10:27AM  12          MR. HATTENBACH:  YES.

10:27AM  13      TESSERA BROUGHT ITS CHIEF EXECUTIVE OFFICER AND CHIEF

10:27AM  14   FINANCIAL OFFICER, I BELIEVE THEY ARE RIGHT NOW IN THE

10:28AM  15   COURTROOM.

10:28AM  16      WHAT I WOULD SUGGEST IS PERHAPS WE JUST AGREE TO HAVE A

10:28AM  17   COUPLE OF PARTY REPRESENTATIVES BE ABLE TO LISTEN.  IT'S NOT

10:28AM  18   GOING TO BE VERY MUCH TIME ON THE RECORD.

10:28AM  19          MR. GUY:  WE WOULD AGREE TO THAT, YOUR HONOR.

10:28AM  20          THE COURT:  ALL RIGHT.

10:28AM  21      SO COUNSEL, I'M GOING TO LEAVE IT TO YOU TO INFORM ME THAT

10:28AM  22   THE PEOPLE REMAINING IN THE COURTROOM ARE HERE WITH -- ARE

10:28AM  23   ENTITLED TO BE HERE UNDER MY ORDER.

10:28AM  24          MR. GUY:  IF YOU CAN JUST IDENTIFY THE INDIVIDUALS.

10:28AM  25          MR. HATTENBACH:  SO THIS, I DO NOT KNOW WHO THIS
```

```
10:28AM   1    IS --

10:28AM   2              THE COURT:  IF IT'S A MEMBER OF THE PUBLIC THEN I DO

10:28AM   3    NEED TO ASK YOU TO --

10:28AM   4              MR. HATTENBACH:  HE SAYS HE'S A STUDENT FROM SAN JOSE

10:28AM   5    STATE.

10:28AM   6              THE COURT:  WELCOME.  AND WE ARE GOING TO HAVE TO PUT

10:28AM   7    A NOTE ON THE DOOR BECAUSE WE HAVE OTHER MATTERS.

10:28AM   8       I AM CLOSING THE COURTROOM TO THE PUBLIC, SIR, FOR THIS.

10:28AM   9    YOU WILL BE ABLE TO ACCESS THE TRANSCRIPT IN A FEW DAYS OF --

10:28AM  10    THE REDACTED PORTION, BECAUSE THESE ARE CONFIDENTIAL MATTERS

10:28AM  11    FOR THE COMPANIES.  SO I'M AFRAID YOU WILL HAVE TO BE EXCUSED

10:28AM  12    FROM THE COURTROOM.

10:29AM  13         THANK YOU.

10:29AM  14         (WHEREUPON, THE FOLLOWING PORTION IS SEALED.)

         15

         16

         17

         18

         19

         20

         21

         22

         23

         24

         25
```

```
10:29AM    1        ///SEALED///

10:29AM    2

10:29AM    3              THE COURT:  AND NOW YOU CAN CONFIRM THAT EVERYONE

10:29AM    4    ELSE IN THE COURTROOM IS RECOGNIZED BY YOU AS SOMEONE

10:29AM    5    AUTHORIZED, AND OF COURSE MY COURT STAFF IS HERE.

10:29AM    6              MR. HATTENBACH:  YES, YOUR HONOR.  ON OUR SIDE.

10:29AM    7              MR. GENENDER:  YES, YOUR HONOR.

10:29AM    8              MR. GUY:  YES, YOUR HONOR.

10:29AM    9              THE COURT:  OKAY.  WE SHOULD GET STARTED.  I DO HAVE

10:29AM   10    CASE MANAGEMENT AT 11.  WE WILL CERTAINLY GO OVER BY A FEW

10:29AM   11    MINUTES, BUT I'M TRYING TO BE COURTEOUS TO THE OTHERS AS WELL.

10:29AM   12        AND WE WILL BE MAKING SURE IF THE DOOR OPENS, I WILL STOP

10:29AM   13    WHAT WE ARE DOING, MAYBE WE SHOULD PROBABLY LOCK IT THEN WE

10:29AM   14    WILL DO THAT.

10:29AM   15        ALL RIGHT.  PLEASE BE SEATED.  I HAVE CROSS MOTIONS FOR

10:30AM   16    SUMMARY JUDGEMENT.  AND THE MOTIONS ARE WELL DONE.  THEY ARE

10:30AM   17    THOUGHTFUL, THEY ARE INFORMATIVE TO ME, AND IF I HAD KNOWN THE

10:30AM   18    SCOPE OF THESE MOTIONS WOULD BE SO EXTRAORDINARY, I NEVER WOULD

10:30AM   19    HAVE GIVEN YOU THE CHANCE TO HAVE TWO MOTIONS FOR SUMMARY

10:30AM   20    JUDGEMENT.

10:30AM   21        I FIND TO HAVE SUBMITTED 100 PAGES OF BRIEFING ON AN ISSUE

10:30AM   22    THAT WAS SUPPOSED TO BE A DIRECTED MOTION IS -- CAUSES ME TO

10:30AM   23    TELL YOU UP FRONT REGARDLESS OF THE OUTCOME, THAT FOR YOUR NEXT

10:30AM   24    MOTION FOR SUMMARY JUDGEMENT YOU WILL BE LIMITED TO 15 PAGES

10:30AM   25    FOR YOUR OPENING BRIEF, BECAUSE THE PAGES YOU'VE USED HAS BEEN
```

10:30AM 1     SO EXTRAORDINARILY OVER-BRIEFED.

10:30AM 2         AND SO THAT'S JUST THE WAY IT IS.  THAT GIVES YOU A

10:30AM 3     SIGNIFICANT AMOUNT OF PAGES MORE THAN I WOULD NORMALLY ALLOW

10:30AM 4     FOR SUMMARY JUDGEMENT BRIEFING.  AND WE SHOULD -- THESE SHOULD

10:30AM 5     BE THE MAIN ISSUES IN THE CASE THAT ARE REASONABLY SUSCEPTIBLE

10:30AM 6     OF SUMMARY JUDGEMENT.

10:30AM 7         AND THAT WILL PREVENT YOU FROM SUBMITTING THE UNREASONABLE

10:31AM 8     MOTION FOR SUMMARY JUDGEMENT THAT I'M SURE YOU WOULD NEVER HAVE

10:31AM 9     SUBMITTED ANYWAY.

10:31AM 10        SO WITH THAT, THERE ARE TWO THINGS THAT ARE OF MOST

10:31AM 11    INTEREST TO ME, AND THEN I WANT TO HEAR FROM YOU.  SO LET ME

10:31AM 12    JUST STATE A FEW THINGS, AND THEN I WANT TO LISTEN TO THE

10:31AM 13    PRESENTATION YOU HAVE BECAUSE YOU ARE REALLY READY ON THAT.

10:31AM 14        I GLEAN DIFFERENT THINGS FROM THE TWO MOTIONS EVEN THOUGH

10:31AM 15    THEY GENERALLY ARE ON THE SAME TOPIC.  PUTTING ASIDE THE

10:31AM 16    COLLATERAL ESTOPPEL ISSUE, I DO FIND JUDGE DAVILA'S ORDER TO BE

10:31AM 17    WELL THOUGHT OUT AND I WILL CERTAINLY WANT TO HEAR FURTHER FROM

10:31AM 18    TESSERA WHY I SHOULD NOT ADOPT THAT REASONING BASED ON A RECORD

10:31AM 19    SO SIMILAR.

10:31AM 20        AS I SAY, IT'S NOT BECAUSE OF COLLATERAL ESTOPPEL EFFECT,

10:32AM 21    COME I MIGHT FIND ANY WAY, BUT WE DON'T NEED TO GET BOGGED DOWN

10:32AM 22    IN SORT OF WHAT'S BLACK LETTER LAW HERE TODAY.

10:32AM 23        BUT ON THE OTHER HAND FOR TOSHIBA, IN READING TESSERA'S OWN

10:32AM 24    MOTION FOR SUMMARY JUDGEMENT, THEY SUGGEST THAT EVEN IF I AGREE

10:32AM 25    WITH JUDGE DAVILA'S ORDER ON THE DEFINITION OF TCC, IN THE

10:32AM 1   INITIAL 1999 AGREEMENT, THE 2002 AMENDMENT IS A DEPARTURE FROM

10:32AM 2   WHAT MAY BE, AS YOU ARGUE, AN INFRINGEMENT-ONLY AGREEMENT, AND

10:32AM 3   IN FACT BE A PRODUCT-BASED REQUIREMENT FOR THE F-MICRO BGA

10:32AM 4   PACKAGES, AND THAT THAT IS -- I'M OVER SIMPLIFYING IT PROBABLY,

10:32AM 5   BUT THAT I CAN GRANT THEIR MOTION, AND REALLY THAT WOULD HAVE

10:32AM 6   TO DO WITH THE DEC RELIEF CAUSE OF ACTION AND NOT THE BREACH OF

10:32AM 7   CONTRACT CAUSE OF ACTION WHICH I ACTUALLY DON'T EVEN THINK YOU

10:33AM 8   COVERED ALL OF THE ASPECTS IN THAT CLAIM, BUT I DON'T THINK

10:33AM 9   THAT MATTERS.  I THINK YOU ARE REALLY LOOKING FOR THE CONTRACT

10:33AM 10  INTERPRETATION TODAY.  AND THAT THAT WOULD BE ENOUGH.

10:33AM 11      THEN ON THE TERMINATION ISSUE, WHETHER TOSHIBA PROPERLY

10:33AM 12  TERMINATED THE AGREEMENT THIS YEAR IN FEBRUARY OF 2016.  I'M

10:33AM 13  HAVING A LITTLE BIT OF A HARD TIME.  I'M NOT INCLINED TO AGREE

10:33AM 14  THAT THE 1997 LIST HAS ANYTHING TO DO WITH THIS CONTRACT,

10:33AM 15  BECAUSE IT IS A FULLY INTEGRATED CONTRACT.

10:33AM 16      BUT I AM TROUBLED BY THE FACT THAT THE AGREEMENT STATES

10:33AM 17  EXPLICITLY THAT THE TESSERA PATENTS ARE LISTED IN ATTACHMENT A.

10:33AM 18      WHAT I THEN HAVE BEEN GIVEN BY TESSERA IS A 2010 LETTER,

10:34AM 19  AND IT MIGHT BE FROM MR. PICKETT, AND I'M SORRY IF I DON'T

10:34AM 20  RECALL WHO, THAT ATTACHES A REVISED ATTACHMENT A.  AND IT TRULY

10:34AM 21  DOES, THAT HAS MANY MORE PATENTS, SOME AS, THAT LAST AS LONG AS

10:34AM 22  2025.

10:34AM 23      HOWEVER, THE INTEGRATION CLAUSE OF THE AGREEMENT MAKES IT

10:34AM 24  CLEAR THAT ANY MODIFICATION TO THE AGREEMENT MUST BE IN WRITING

10:34AM 25  AND SIGNED BY THE PARTIES AND THAT THE CLEARLY IS NOT SIGNED BY

10:34AM 1    THE PARTIES.  AND THE SECTION ON THE INCLUDED PATENTS THAT

10:34AM 2    ATTACHES EXHIBIT A SAYS THAT IT WILL BE MODIFIED FROM TIME TO

10:34AM 3    TIME IN WRITING.

10:34AM 4        AND SO I DON'T EVEN KNOW WHY I WOULD CONSIDER THE 2010

10:34AM 5    EXHIBIT.  SO I'M INCLINED TO DENY TESSERA'S MOTION AND I'M NOT

10:34AM 6    SURE WHETHER I HAVE ENOUGH TO ACTUALLY GRANT TOSHIBA'S MOTION

10:34AM 7    ON THAT.

10:34AM 8        IT SEEMS TO ME AT THE END OF THE DAY IS THAT THIS IS GOING

10:35AM 9    TO BE A PATENT INFRINGEMENT CASE NO MATTER WHAT, WHETHER I

10:35AM 10   ENFORCE THE CONTRACT OR DON'T -- THIS IS -- SO I DON'T KNOW

10:35AM 11   ENTIRELY WHAT DIFFERENCE THERE IS AT THE END OF THE DAY BUT YOU

10:35AM 12   WILL CERTAINLY TELL ME.

10:35AM 13       SO WITH THAT, YOU BOTH HAVE MOTIONS, YOU ARE GOING TO GET,

10:35AM 14   EACH GOING TO GET ABOUT 15 MINUTES TO MAKE YOUR ARGUMENTS, AND

10:35AM 15   THEN I'M GOING TO LET YOU RESERVE A MINUTE OR TWO IN REPLY TO

10:35AM 16   THE OTHER, BUT WHO WOULD LIKE TO START?

10:35AM 17           MR. HATTENBACH:  AS THE PLAINTIFF, I WOULD LIKE TO GO

10:35AM 18   FIRST.

10:35AM 19           THE COURT:  THEN WHY DON'T YOU, SURE.

10:35AM 20           MR. HATTENBACH:  THANK YOU, YOUR HONOR.  IT'S A LOT

10:35AM 21   OF GROUND TO COVER BUT I WILL DO MY BEST.

10:35AM 22       SO LET ME JUST START QUICKLY WITH THE POINT YOU FINISHED

10:35AM 23   WITH, WHICH WAS ATTACHMENT A, IT'S TESSERA'S PRACTICE AS NEW

10:35AM 24   PATENTS ISSUE IN THESE KINDS OF LICENSES, THOSE NEW INVENTIONS

10:35AM 25   ARE MADE AND APPLIED FOR AND ISSUED, TO INCLUDE THEM IN THE

10:35AM 1    BUNDLE OF RIGHTS THAT THEY GIVE THEIR LICENSEES.  AND IN

10:35AM 2    SECTION 1D OF THE ORIGINAL AGREEMENT, THAT'S WHAT'S DESCRIBED.

10:35AM 3        BEFORE IT GETS TO TALKING ABOUT THE AMENDMENT TO ATTACHMENT

10:36AM 4    A, IT DEFINES A SET OF PATENTS AS THOSE OWNED BY TESSERA PRIOR

10:36AM 5    TO EXPIRATION OR TERMINATION OF THIS AGREEMENT.

10:36AM 6        AND SO AS PATENTS EXPIRED, THEY LEAVE THE SET.  AS NEW

10:36AM 7    PATENTS COME INTO EXISTENCE BECAUSE THEY ARE ISSUED, THEY JOIN

10:36AM 8    THE SET.  AND THEN FROM TIME TO TIME, TESSERA SENDS LETTERS --

10:36AM 9        THE COURT:  YOU JUST HAVE TO READ THE WHOLE CONTRACT

10:36AM 10   THOUGH MR. HATTENBACH, BECAUSE IT SAYS "AS OF THE EFFECTIVE

10:36AM 11   DATE OF THIS AGREEMENT, TESSERA PATENTS AS DEFINED ABOVE,

10:36AM 12   CONSIST OF THOSE ISSUED PATENTS AS SET FORTH IN ATTACHMENT A.

10:36AM 13   PRIOR TO EXPIRATION OR TERMINATION OF THIS AGREEMENT,

10:36AM 14   ATTACHMENT A SHALL BE AMENDED FROM TIME TO TIME TO INCLUDE

10:36AM 15   FURTHER ISSUED PATENTS DIRECTLY RELATED TO THE SCOPE OF THE

10:36AM 16   LICENSE GRANT IN PARAGRAPH 2."

10:36AM 17       MR. HATTENBACH:  RIGHT.  I UNDERSTAND.  AND SO AS OF

10:36AM 18   THE TIME THAT THIS AGREEMENT WAS SIGNED IN 1999, ATTACHMENT A

10:36AM 19   DID LIST THOSE PATENTS.

10:36AM 20       THE COURT:  IT DID.

10:36AM 21       MR. HATTENBACH:  BUT AS NEW PATENTS, DIRECTLY RELATED

10:37AM 22   TO THE SUMMARY JUDGEMENT MATTER OF THE AGREEMENT WERE ISSUED BY

10:37AM 23   THE PATENT OFFICE, THEY WERE ADDED ON THAT SET.

10:37AM 24       THIS IS NOT JUST A TOSHIBA ISSUE, BUT WITH ALL OF TESSERA'S

10:37AM 25   LICENSEES THEY ARE PERIODICALLY PROVIDED UPDATES TO SAY, HEY,

10:37AM  1    JUST SO YOU KNOW, THE SET OF PATENTS IS EVOLVING AND HERE'S THE

10:37AM  2    CURRENT LIST.

10:37AM  3         THE COURT:  YOU JUST DIDN'T WRITE IT THAT WAY.  WHAT

10:37AM  4    CAN I TELL YOU, YOU JUST DIDN'T WRITE IT THAT WAY, AND YOU MADE

10:37AM  5    IT AN INTEGRATED AGREEMENT.

10:37AM  6         SO IT DOESN'T SAY, WILL INFORMALLY TELL YOU WHAT THE BASKET

10:37AM  7    LOOKS LIKE FROM TIME TO TIME.  YOU EXPRESSLY SAY, ATTACHMENT A

10:37AM  8    WILL BE AMENDED, AND IT WASN'T.

10:37AM  9         AND THE INTEGRATION CLAUSE SAYS DIRECTLY, AS MOST DO, HOW

10:37AM  10   YOU AMEND THE CONTRACT.

10:37AM  11        MR. HATTENBACH:  OKAY.

10:37AM  12        WELL, THIS WAS SOMETHING THAT, FRANKLY, I DON'T THINK WAS

10:37AM  13   RAISED IN THE PAPERS.  AND I WOULD BE HAPPY TO PROVIDE YOU WITH

10:37AM  14   TESTIMONY FROM THE PEOPLE WHO HAVE DEALT WITH THESE THINGS IF

10:37AM  15   THAT WOULD BE HELPFUL.  THAT'S NOT HOW ANYONE HAS EVER READ IT

10:37AM  16   BEFORE, IN MY EXPERIENCE.  THAT'S ALL I CAN TELL YOU.

10:37AM  17        THE COURT:  WOW.

10:38AM  18        MR. HATTENBACH:  I MEAN, IT DOES SAY YOUR HONOR, IN

10:38AM  19   THE FIRST SENTENCE OF PARAGRAPH D, THAT THE PATENTS, THIS IS AT

10:38AM  20   THE TOP OF THE SECOND PAGE, OWNED BY TESSERA PRIOR TO

10:38AM  21   EXPIRATION OR TERMINATION OF THIS AGREEMENT, AND SO FORTH.

10:38AM  22        AND SO -- AND IT GOES ON TO TALK ABOUT RIGHTS THAT TESSERA

10:38AM  23   HAS ACQUIRED, ACQUIRES THE RIGHT TO GRANT LICENSES OF THE SCOPE

10:38AM  24   GRANTED HEREIN FROM THIRD PARTIES.

10:38AM  25        THOSE ARE INCLUDED AS WELL.  UNLESS ROYALTIES WOULD HAVE TO

10:38AM 1    BE PAID BY THOSE THIRD PARTIES.

10:38AM 2        SO THE CONTEMPLATION IS THAT THIS IS AN EVOLVING SET OF

10:38AM 3    PATENTS AS THEY EXPIRE, AS NEW PATENTS ARE GRANTED, THE CHANGES

10:38AM 4    OVER TIME AND THAT TESSERA WOULD JUST UPDATE PEOPLE AS TO THAT

10:38AM 5    LIST AS A COURTESY, FRANKLY.  AS A COURTESY BECAUSE THE

10:38AM 6    INFORMATION ABOUT THE CONTENTS OF THAT SAYS IT'S PUBLICLY

10:38AM 7    AVAILABLE.

10:38AM 8        THE COURT:  SO YOU WOULD LIKE ME TO EXCLUDE AND

10:38AM 9    EXCISE FROM THE CONTRACT THE SENTENCE THAT I READ.

10:38AM 10       MR. HATTENBACH:  NO, I THINK IT'S CONSISTENT.

10:38AM 11       I DON'T THINK -- I DON'T KNOW THAT IT -- I DON'T THINK IT

10:39AM 12   SAYS ATTACHMENT A HAS TO BE AMENDED FORMALLY ACCORDING TO THE

10:39AM 13   PROCEDURES FOR EDITING OR AMENDING ANY OTHER PORTION OF THE

10:39AM 14   AGREEMENT.

10:39AM 15       THE COURT:  SO THERE ARE OTHER EXCEPTIONS TO THE

10:39AM 16   INTEGRATION CLAUSE IN THIS CONTRACT.

10:39AM 17       MR. HATTENBACH:  WELL, I DON'T KNOW THAT IT'S

10:39AM 18   INCONSISTENT WITH THE INTEGRATION CLAUSE.  I THINK THE

10:39AM 19   INTEGRATION CLAUSE IS OF THE TIME OF THE AGREEMENT.

10:39AM 20       I JUST DON'T READ IT THAT WAY AND THAT'S NEVER BEEN --

10:39AM 21       THE COURT:  IT MIGHT BE A BIG POINT LATER, BUT WE CAN

10:39AM 22   MOVE ON.

10:39AM 23       MR. HATTENBACH:  OKAY.

10:39AM 24       SO WHY DON'T WE JUST JUMP TO YOUR -- YOU SAID SOMETHING

10:39AM 25   ABOUT THIS IS GOING TO BE A PATENT INFRINGEMENT CASE EITHER

10:39AM 1   WAY.  I'M NOT SURE THAT'S THE CASE BECAUSE THERE WAS THIS, WE

10:39AM 2   CALL IT AN OBJECTIVE PRODUCT DEFINITION ADDED IN 2002, THE

10:39AM 3   WHOLE POINT OF THAT WAS TO AVOID DISPUTES ABOUT PATENT

10:39AM 4   INFRINGEMENT.

10:39AM 5          THE COURT:  SO I THINK THAT THE DIFFERENCE HERE IS

10:39AM 6   WHETHER IT WAS A PRODUCT DEFINITION OR A PRODUCT THAT WAS

10:40AM 7   IDENTIFIED AS WHERE THE PARTIES WOULD NO LONGER FIGHT ABOUT

10:40AM 8   WHETHER IT WAS INFRINGING AND THAT TOSHIBA WOULD JUST STOP THE

10:40AM 9   DIVERSION ON THE FIGHT AND JUST PAY FOR IT UNDER THE AGREEMENT.

10:40AM 10    THE PROBLEM THAT I HAVE IN YOUR ARGUMENT IS THAT YOU DEFINE

10:40AM 11   THIS PRODUCT AS A TCC, AS OPPOSED TO EXCLUDING IT FROM THE

10:40AM 12   DEFINITION OF TCC WHICH GETS US BACK TO THE DAVILA ANALYSIS OF

10:40AM 13   THE MEANING OF THE OTHER CLAUSE.

10:40AM 14    SO IT'S -- THAT'S WHERE I'M STRUGGLING WITH YOUR ANALYSIS

10:40AM 15   THAT YOU DIDN'T IN THE 2002 AMENDMENT, THE LANGUAGE DOESN'T

10:40AM 16   SHOW ME AN INTENTION TO WORK OUTSIDE OF THE ORIGINAL FRAMEWORK,

10:40AM 17   BUT ONLY TO, IT SEEMS LIKE BOTH SIDES AGREE, THERE WAS A

10:41AM 18   DISPUTE OVER WHETHER THESE PACKAGES WERE COVERED, WHETHER THEY

10:41AM 19   WERE INFRINGING OR NOT OR WHETHER OR WHAT.

10:41AM 20    SO THAT'S REALLY WHERE I'M STRUGGLING.

10:41AM 21          MR. HATTENBACH:  SO I THINK THE SOLUTION IS WHATEVER

10:41AM 22   A TCC IS, AND FRANKLY I DON'T THINK YOU HAVE TO DECIDE WHAT

10:41AM 23   THAT MEANS BECAUSE THE CONTRACT WAS AMENDED.  WHATEVER IT IS,

10:41AM 24   THERE'S THIS NEW THING CALLED AN F-MICRO BGA, AND EXPLICITLY IN

10:41AM 25   BLACK AND WHITE AND IT CAN'T BEING CHANGED, THE PARTIES AGREED

10:41AM 1     THAT THAT WOULD BE COVERED BY THE AGREEMENT AND ROYALTIES WOULD

10:41AM 2     BE PAID WHEN THEY MADE OR SOLD THOSE THINGS.

10:41AM 3         IT'S AN F-MICRO BGA AND THERE'S A PHYSICAL PRODUCT

10:41AM 4     DEFINITION FOR IT.  IT DOESN'T SAY YOU HAVE TO PROVE PATENT

10:41AM 5     INFRINGEMENT AND ALSO THAT THE DEFINITION OF AN F-MICRO BGA IS

10:41AM 6     MET.

10:41AM 7         IT SAYS, TO SIDE STEP THIS WHOLE DISPUTE, WE ARE COMING UP

10:41AM 8     WITH AN OBJECTED PRODUCT DEFINITION, IF THAT DEFINITION IS MET

10:41AM 9     BY A PRODUCT YOU MAKE OR SELL, YOU ARE GOING TO PAY A ROYALTY.

10:41AM 10    AND BECAUSE WE ARE DOING THIS AS A COMPROMISE, ON YOUR SIDE YOU

10:42AM 11    ARE GETTING A DISCOUNT FOR THOSE THINGS.

10:42AM 12         THE COURT:  SURE.

10:42AM 13        AND YOU KNOW, I THINK THAT'S A VERY PERSUASIVE ARGUMENT OF

10:42AM 14    THIS, THE RESULTS OF THIS NEGOTIATION.

10:42AM 15        AT SUMMARY JUDGEMENT, I'M NOT LIKELY TO LOOK BEYOND THE

10:42AM 16    CONTRACT ITSELF BECAUSE THEN I GET INTO SOME DISPUTES, UNLESS I

10:42AM 17    CAN FIND THINGS THAT ARE TRULY UNDISPUTED.

10:42AM 18        BUT YOU ARE SAYING THEN THAT FOR THESE, THIS DEFINED

10:42AM 19    PRODUCT, **(REDACTED)** THAT THERE WAS AN AGREEMENT TO PAY

10:42AM 20    ROYALTIES FOR THE LIFE OF THE AGREEMENT AND THAT REGARDLESS OF

10:42AM 21    WHETHER THE TCC WAS A DEFINED AS A PATENT INFRINGEMENT ROYALTY,

10:42AM 22    THESE ARE NOT.

10:42AM 23         MR. HATTENBACH:  YES, THAT'S ABSOLUTELY PRECISELY

10:42AM 24    CORRECT.  AND I WOULD ADD TO IT BECAUSE MOST OF THE PRODUCTS

10:42AM 25    THEY ARE MAKING FALL WITHIN THIS DEFINITION, WE DON'T

10:43AM 1    NECESSARILY HAVE TO TURN THIS CONTRACT CASE INTO A MASSIVE

10:43AM 2    PATENT INFRINGEMENT ARGUMENT.

10:43AM 3         THE COURT:  I HEAR YOU.  I SEE.

10:43AM 4         MR. HATTENBACH:  THAT'S ONE OF THE BENEFITS OF THE

10:43AM 5    AGREEMENT.  THAT'S ACTUALLY WHY THE AGREEMENT WAS WRITTEN THIS

10:43AM 6    WAY, BECAUSE WHEN TESSERA STARTED IN THE EARLY 1990'S, THEY

10:43AM 7    DEFINED THEIR ARGUMENTS MUCH DIFFERENTLY TO REQUIRE A PATENT

10:43AM 8    INFRINGEMENT ANALYSIS AND THAT LEAD INVARIABLY TO LOTS OF

10:43AM 9    LITIGATION THAT WAS TOO EXPENSIVE FOR THEM TO HANDLE.

10:43AM 10        NOW YOU SAID YOU MIGHT NOT GET INTO THIS ISSUE ABOUT

10:43AM 11   F-MICRO BGA IF THERE'S NOT A CLEAR POINT OF AGREEMENT BETWEEN

10:43AM 12   THE PARTIES, AND I SUBMIT THAT THERE IS ACTUALLY ON THIS POINT.

10:43AM 13        AND IF YOU LOOK AT OUR SLIDE 23 WHICH I HAVE UP NOW, THIS

10:43AM 14   IS TESTIMONY FROM THEIR 30(B)(6) WITNESS ON TOSHIBA'S

10:43AM 15   UNDERSTANDING OF THE SCOPE OF THE ROYALTY PROVISIONS.

10:43AM 16   **(REDACTED.)**

10:43AM 17        THE COURT:  WELL, THAT GETS US BACK INTO THIS LOOP

10:43AM 18   THOUGH, MR. GUY WILL HELP ME ON THAT, I'M SURE, IN A MINUTE.

10:43AM 19        MR. HATTENBACH:  IF YOU DEFINE SOMETHING CALLED A

10:44AM 20   MICRO BGA, AND YOU SAY WHATEVER IT IS, IT CAN BE ANYTHING,

10:44AM 21   WHATEVER IT IS, IT'S TCC.

10:44AM 22        AND THEY WILL TELL YOU IF IT'S TCC, THEY HAVE TO PAY ON IT.

10:44AM 23   AND THAT'S WHAT THEY UNDERSTOOD THIS TO MEAN AS WELL.

10:44AM 24        THE COURT:  WELL, NO, THEY DON'T PAY -- TOSHIBA IS

10:44AM 25   NOT PAYING ON ALL TCC'S, IT'S ONLY TCC'S THAT INFRINGE.

10:44AM   1          AND THAT'S WHAT THEY ARGUE.  THAT'S WHAT JUDGE DAVILA FOUND

10:44AM   2     AS WELL.

10:44AM   3               MR. HATTENBACH:  THEY ARE ACTUALLY NOT PAYING ON

10:44AM   4     ANYTHING NOW.

10:44AM   5               THE COURT:  I UNDERSTAND THAT.

10:44AM   6               MR. HATTENBACH:  BUT THEIR OWN 30(B)(6) TESTIMONY TO

10:44AM   7     WHICH THEY HAVE TO BE BOUND, IS THAT **(REDACTED.)**

10:44AM   8          SO WHEN THAT DEFINITION IS MET, EVEN UNDER THEIR OWN

10:44AM   9     INTERPRETATION OF THE CONTRACT, THEY HAVE TO PAY.  AND THERE'S

10:44AM  10     NO QUESTION IT'S IN THEIR DOCUMENTS AS WELL, AS SHOWN ON SLIDE

10:44AM  11     24.

10:44AM  12          AND I'M FOCUSSING YOUR HONOR ON THEIR TESTIMONY, NOT

10:44AM  13     TESSERA'S TESTIMONY.

10:44AM  14               THE COURT:  I APPRECIATE THAT.

10:44AM  15          BUT THE PROBLEM IS IT SAYS THAT THEY ARE TCC'S.  AND THAT'S

10:44AM  16     CLEAR FROM THE FACE OF THE CONTRACT.  SO THEN I HAVE TO DECIDE,

10:45AM  17     THE CONTRACT DOES NOT REQUIRE PAYMENT.  WELL, JUDGE DAVILA

10:45AM  18     RULED THAT THE CONTRACT DOES NOT REQUIRE PAYMENT FOR ALL TCC'S,

10:45AM  19     IT'S FOR TCC'S THAT INFRINGE.

10:45AM  20               MR. HATTENBACH:  NO, THAT'S NOT CORRECT.

10:45AM  21          TCC'S IN THAT CASE, HE DETERMINED TO MEAN ONLY THINGS THAT

10:45AM  22     INFRINGE.  THE DEFINITION THAT LEAD TO THAT CONCLUSION ARE

10:45AM  23     COMPLETELY DIFFERENT.  THEY ARE THE OPPOSITE OF THIS CASE, AND

10:45AM  24     I'M GOING TO GET TO THAT, AND ALL THE SURROUNDING FACTS.

10:45AM  25               BUT THERE'S NO DISPUTE HERE FOR TEN YEARS THAT TOSHIBA HAD

| | |
|---|---|
| 10:45AM | 1 |
| 10:45AM | 2 |
| 10:45AM | 3 |
| 10:45AM | 4 |
| 10:45AM | 5 |
| 10:45AM | 6 |
| 10:46AM | 7 |
| 10:46AM | 8 |
| 10:46AM | 9 |
| 10:46AM | 10 |

TO PAY ON THINGS THAT MET THE DEFINITION IN THE AGREEMENT.

HERE YOU SEE ANOTHER EXAMPLE FROM THEIR 30(B)(6) DEPONENT

ON SLIDE 26, TO THAT EFFECT.

AND LET'S JUST LOOK AT SLIDE 27.

SO THE FIRST AMENDMENT SAID, **(REDACTED)**, THAT'S IN BLACK AND

WHITE ON THE AGREEMENT.  AND THEN HERE IS TOSHIBA'S 30(B)(6)

TESTIMONY, **(REDACTED.)**

THAT IS 180 DEGREES AWAY FROM WHAT THEY ARE NOW ARGUING

THIS AGREEMENT, TEN YEARS AFTER THE FACT, SHOULD BE CONSTRUED

TO MEAN.

AND IT GOES ON AND ON, THERE'S A THREE-YEAR PERIOD DURING

WHICH THE SAME WITNESS 30(B)(6) ON THE SUBJECT SAYS YEAH, WE

DIDN'T THINK BETWEEN 2012 AND 2013 WE WERE INFRINGING ANY

PATENTS BUT YET WE CONTINUED TO PAY ROYALTIES.

THE SAME THING HAPPENED WHEN THEY REPORTED ROYALTIES TO

TESSERA.  IF YOU LOOK ON SLIDE THROAT HERE THE SAMPLE REPORT,

THEY ARE NOT SAYING WE CONDUCTED AN INFRINGEMENT ANALYSIS

DETERMINED THERE WAS INFRINGEMENT.  AND SO WE ARE PAYING, THEY

SAID THIS IS ONE OF THE **(REDACTED.)**

THE COURT:  I'M NOT SURE THAT ACTUALLY PROVES

ANYTHING BECAUSE TOSHIBA CHOOSES NOT TO CONTEST IT DOESN'T MEAN

THEY AGREE IT INFRINGES.

THEY MIGHT HAVE MADE THE COST BENEFIT ANALYSIS AND SAID

THERE'S A HIGH ENOUGH CHANCE THAT IT INFRINGES, WE WILL JUST

PAY.

10:47AM 1          MR. HATTENBACH:  STANDING ON ITS OWN, YOU COULD BE

10:47AM 2    CORRECT, BUT IN THE CONTEXT OF TESTIMONY WHERE THEY HAVE SAID

10:47AM 3    THIS IS WHAT WE UNDERSTOOD IT TO MEAN, HERE'S A FLOW CHART

10:47AM 4    WHICH SHOWS HOW WE ARE ACTUALLY DOING, IT THEN THEY REPORTED IT

10:47AM 5    IN THE SAME WAY, I DON'T THINK THAT'S A CONCLUSION ONE COULD

10:47AM 6    FAIRLY DRAW.

10:47AM 7          THE SAME THING WITH HOW THEY DEALT WITH THE AUDIT, THEY

10:47AM 8    WERE SUPPOSED TO PROVIDE THE AUDITORS WITH ALL OF THE

10:47AM 9    INFORMATION NECESSARY TO CALCULATE ROYALTIES.

10:47AM 10         AND ON SLIDE 35, I MEAN, THIS PRETTY MUCH ENCAPSULATES OUR

10:47AM 11   POSITION.  AND THIS IS THEIR OWN 30(B)(6) WITNESS.  **(REDACTED.)**

10:48AM 12         AND I HAVE LIMITED TIME, SO I'M GOING TO GET TO THE

10:48AM 13   JUDGE DAVILA QUESTION.

10:48AM 14              THE COURT:  YEAH.

10:48AM 15         MR. HATTENBACH:  HERE'S SOME OF THE DIFFERENCES.  I'M

10:48AM 16   STARTING ON SLIDE 41.

10:48AM 17         THESE ARE, JUST TO BE CLEAR, TOTALLY DIFFERENT AGREEMENTS

10:48AM 18   ENTERED INTO AT DIFFERENT TIMES WITH DIFFERENT PARTIES

10:48AM 19   REGARDING DIFFERENT PRODUCTS.

10:48AM 20              THE COURT:  YES.

10:48AM 21         MR. HATTENBACH:  THERE'S A KEY, IF YOU JUST WANT TO

10:48AM 22   LOOK AT THE LANGUAGE IN THE AGREEMENT, THERE'S A KEY DIFFERENCE

10:48AM 23   BETWEEN THE TWO.  AND THAT IS THE UTC AGREEMENT TALKED ABOUT

10:48AM 24   PATENTS THAT AROSE OUT OF INVENTIONS.  TO ME, THAT CONNOTES

10:48AM 25   CLAIMS.

10:48AM  1        THIS CASE REFERS TO TESSERA PATENTS, CAPITAL T, CAPITAL P,

10:48AM  2    IT'S A DEFINED TERM, AND WHEN YOU LOOK AT HOW THAT TERM IS

10:48AM  3    DEFINED, IT REFERS TO PATENTS OR CLAIMS WITHIN SUCH PATENTS.

10:48AM  4        SO TOSHIBA IS TELLING YOU JUST STRIKE THE FIRST TWO WORDS

10:48AM  5    OF THAT AND LIMIT IT THE CLAIMS.

10:48AM  6        THAT'S IN BLACK AND WHITE IN SECTION 1(D) OF THE AGREEMENT.

10:49AM  7    AND YOUR HONOR COULD NOT FAIRLY INTERPRET THE AGREEMENT HERE

10:49AM  8    WHICH IS, IT'S JUST DIAMETRICALLY OPPOSED TO THE UTC AGREEMENT

10:49AM  9    IN THIS IMPORTANT REGARD BY JUST IGNORING THOSE TWO VERY

10:49AM 10    FUNDAMENTAL WORDS THAT THEY WOULD LIKE YOU TO IGNORE.

10:49AM 11        BUT THERE'S A LOT MORE THAN THAT.  THERE'S DRAFTING HISTORY

10:49AM 12    HERE WHICH DIDN'T COME INTO PLAY AT ALL.  THERE WAS NO DRAFTING

10:49AM 13    ISSUE IN THE UTC CASE.

10:49AM 14        HERE WE HAVE A DRAFTING HISTORY WHERE TOSHIBA NOT ONCE, BUT

10:49AM 15    TWICE, ATTEMPTED TO INSERT INFRINGEMENT REQUIREMENTS INTO THE

10:49AM 16    LICENSE.  AND TESSERA SAID NO, THAT WOULD CHANGE THE SCOPE, WE

10:49AM 17    ARE NOT AGREEING TO IT AND IT WOULD CREATE BIG DISPUTES ABOUT

10:49AM 18    PATENT INFRINGEMENT THAT WE CAN'T DEAL WITH.

10:49AM 19        THE COURT:  BUT THE PROBLEM IS THAT TOSHIBA HAS

10:49AM 20    PROVIDED ME AN E-MAIL STRING THAT SHOWS YOUR CLIENT

10:49AM 21    ACKNOWLEDGING THAT IT WAS AN INFRINGEMENT-BASED AGREEMENT.

10:49AM 22        MR. HATTENBACH:  IT DID NOT.  IT JUST DIDN'T.

10:50AM 23    **(REDACTED.)** IT'S JUST DIFFERENT LANGUAGE THAT THEY ARE

10:50AM 24    PLAYING FAST AND LOOSE WITH THE FACTS.  IF YOU POINT ME TO A

10:50AM 25    PARTICULAR EXAMPLE, I'M HAPPY TO ADDRESS IT.

10:50AM 1    THE COURT:  LET SEE IF I MADE A MARK ON MY -- THERE

10:50AM 2  WAS A LOT OF EXHIBITS, SO I'M NOT SURE I CAN GET TO IT QUICKLY

10:50AM 3  ENOUGH HERE.

10:50AM 4    MR. HATTENBACH:  LET ME SEE IF I CAN GET TO IT RIGHT

10:50AM 5  AFTER THIS BECAUSE I HAVE A COUPLE OF SLIDES ABOUT THOSE KINDS

10:50AM 6  OF THINGS.

10:50AM 7    THE COURT:  I'M LOOKING AT EXHIBIT 10, AND I'M

10:50AM 8  LOOKING AT PAGE -- TOSHIBA PAGE 337, AND I'M LOOKING AT AN

10:50AM 9  E-MAIL FROM CHRIS PICKETT.

10:50AM 10    MR. HATTENBACH:  DO YOU KNOW WHICH AGREEMENT IT WAS

10:50AM 11  REFERRING TO?

10:51AM 12    THE COURT:  IT'S -- WELL, LET'S SEE HERE, AND MR. GUY

10:51AM 13  CAN HELP ME OUT HERE.  I'M WRITING TO -- IT'S A LETTER TO

10:51AM 14  MR. MIYAUCHI.  I'M WRITING TO INQUIRE AS TO THE STATUS OF YOUR

10:51AM 15  REVIEW OF THE TESSERA TCC ASSEMBLY LICENSE AGREEMENT.  I'M ALSO

10:51AM 16  HOPING TO SET UP A MEETING WITH YOU TO DISCUSS YOUR COMMENTS TO

10:51AM 17  THE LAST DRAFT OF THE AGREEMENT, WHICH WAS REVISED INTO A

10:51AM 18  PATENT ONLY LICENSE FOR YOUR REQUEST.

10:51AM 19    MR. HATTENBACH:  OH, OKAY.  I KNOW WHAT YOU ARE

10:51AM 20  REFERRING TO.

10:51AM 21    SO WHAT THAT MEANS IS THE RIGHTS THAT ARE BEING TRANSFERRED

10:51AM 22  ARE PATENT RIGHTS.  THAT IS A VERY DIFFERENT QUESTION FROM HOW

10:51AM 23  ARE WE GOING TO CALCULATE THE ROYALTIES DUE ON THE TRANSFER OF

10:51AM 24  THOSE RIGHTS.

10:51AM 25    THOSE ARE JUST TWO TOTALLY SEPARATE QUESTIONS.  AND IF

10:51AM 1    YOUR HONOR -- I WILL GET TO IT IN A MINUTE, I HOPE IF I HAVE

10:51AM 2    TIME, BUT I STRONGLY SUGGEST TO TAKE A LOOK AT THE PTI RULING

10:51AM 3    FROM JUDGE WILKIN BECAUSE SHE ADDRESSED EXACTLY THIS POINT.

10:51AM 4         IF YOU WANT TO LOOK AT THE CASE WHERE THE FACTS ARE

10:52AM 5    SIMILAR, THAT'S THE CASE.  IN FACT, IT INVOLVED THE VERY SAME

10:52AM 6    COUNSEL.

10:52AM 7         BUT GETTING BACK TO YOUR ORIGINAL QUESTION ABOUT UTC, SO

10:52AM 8    ANOTHER KEY DIFFERENCE IS THAT THIS AGREEMENT WAS AMENDED TO

10:52AM 9    ADD THAT OBJECTIVE DEFINITION AND WE KNOW IT WAS DONE TO

10:52AM 10   SIMPLIFY THE ANALYSIS.  THEY ARE TRYING TO MAKE THE ANALYSIS

10:52AM 11   DRAMATICALLY MORE COMPLEX.

10:52AM 12        NO SUCH AMENDMENT, NOTHING LIKE THAT EVER HAPPENED IN THE

10:52AM 13   UTC CASE.  THAT'S THE AGREEMENT THAT WE ARE INTERPRETING TODAY.

10:52AM 14   AND THEN THE COURSE OF PERFORMANCE.  WHAT'S THE BEST INDICATOR

10:52AM 15   OF WHAT A PARTY REALLY THOUGHT SOMETHING MEANT?  IS IT WHAT

10:52AM 16   THEY DID AT THE TIME AND FOR THE NEXT TEN YEARS, OR IS IT WHAT

10:52AM 17   THEY STARTED DOING WHEN THEY HIRED NEW COUNSEL 13 YEARS AFTER

10:52AM 18   THE FACT.

10:52AM 19        WE HAVE A COURSE OF PERFORMANCE LIKE I'VE NEVER SEEN HERE

10:52AM 20   BEFORE, THE UTC CASE HAD NONE OF THAT, ABSOLUTELY NONE OF IT.

10:52AM 21        SO LET ME -- I KNOW I'M RUNNING SHORT ON TIME HERE, LET ME

10:52AM 22   JUST TALK ABOUT, GO TO SLIDE 52.

10:52AM 23        THEY ARE PLAYING FAST AND LOOSE WITH SOME OF THE FACTS, I

10:53AM 24   JUST WANT TO GIVE YOU A COUPLE OF EXAMPLES OF THAT.  THESE ARE

10:53AM 25   IN THE REPLY BELIEF.  THEY SAID 2002 FIRST AMENDMENT DID NOT

10:53AM 1    ALTER THE TCC DEFINITION.

10:53AM 2         LOOK AT THEIR OWN 30(B)(6) WITNESS TESTIMONY.  **(REDACTED.)**

10:53AM 3         WELL WHEN YOU HAVE SOMETHING AND YOU ADD SOMETHING TO IT, I

10:53AM 4    THINK OF THAT AS ALTERING THAT THING.  AND IT ALTERED IT IN A

10:53AM 5    VERY IMPORTANT WAY HERE BECAUSE IT ADDED CLEAR PHYSICAL

10:53AM 6    DEFINITIONS OF THE VERY THINGS WE ARE TALKING ABOUT ASSESSING

10:53AM 7    ROYALTIES ON IN THIS CASE.

10:53AM 8         AND YOU DON'T EVEN REALLY NEED TO LOOK AT THE 30(B)(6)

10:53AM 9    TESTIMONY THE FIRST AMENDMENT ITSELF SAYS,  **(REDACTED.)**

10:53AM 10        THE COURT:  BUT MR. HATTENBACH, I GATHER BEFORE THIS

10:53AM 11   2002 AMENDMENT WAS SIGNED, THERE HAD ARISEN A DISPUTE BETWEEN

10:53AM 12   THE PARTIES AS TO WHETHER TOSHIBA OWED ROYALTIES FOR THIS

10:53AM 13   PRODUCT.

10:53AM 14        MR. HATTENBACH:  EXACTLY.

10:53AM 15        AND IN FACT, AS PART OF THAT DISPUTE THEY SAID THEY DIDN'T

10:53AM 16   OWE ROYALTIES ON **(REDACTED.)**  WE SAID YOU DID, THEY SAID THEY

10:54AM 17   DIDN'T.  THEY EVENTUALLY SAID TO SAVE THE PARTIES TIME AND

10:54AM 18   MONEY AND BECAUSE WE HAVE A GOOD RELATIONSHIP, REGARDLESS, WE

10:54AM 19   ARE JUST GOING TO AGREE TO PAY FOR IT, AND WE SAID **(REDACTED)**

10:54AM 20   BECAUSE WE HAVE A DISPUTED --

10:54AM 21        THE COURT:  LET ME ASK THE NEXT QUESTION.

10:54AM 22        SO IF I ACCEPT YOUR ARGUMENT ALL THE WAY, SO THERE WAS AN

10:54AM 23   AGREEMENT THAT TOSHIBA WOULD PAY FOR ALL OF THESE PACKAGES

10:54AM 24   UNDER THE DEFINITION, THE FOUR MICRO BGA.  BUT THERE CAME A

10:54AM 25   TIME, AS TOSHIBA ARGUES, THAT THE PATENTS THAT WERE INFRINGED

10:54AM 1    BY THE PRODUCT EXPIRED, THAT'S WHAT THEY ARGUE.  NOW, I DON'T

10:54AM 2    KNOW WHAT PATENTS THEY UTILIZED, THAT'S WHERE WE GET TO THE

10:54AM 3    NEXT STEP.

10:54AM 4        BUT YOU'RE SUGGESTING THAT IN WHAT THEY GAVE UP IN THIS

10:54AM 5    NEGOTIATION WAS THE RIGHT TO USE WHAT WAS IN THE PUBLIC DOMAIN

10:55AM 6    WITHOUT CONTINUING TO PAY TO SARA A ROYALTY.

10:55AM 7        BECAUSE YOU CAN'T INFRINGE AN EXPIRED CONTRACT -- I MEAN,

10:55AM 8    AN EXPIRED PATENT.  YOU CAN'T.

10:55AM 9            MR. HATTENBACH:  I AGREE WITH THAT.

10:55AM 10       I DON'T THINK THE ANALYSIS WAS THAT FINE TUNED.  I THINK IT

10:55AM 11   WAS JUST TESSERA HAS -- WE ARE TALKING ABOUT A PORTFOLIO OF

10:55AM 12   HUNDREDS EVER PATENTS.

10:55AM 13           THE COURT:  I APPRECIATE THAT.

10:55AM 14           MR. HATTENBACH:  CURRENTLY IT'S IN THE 600 U.S.

10:55AM 15   PATENT RANGE AND ALMOST 200 FOREIGN PATENTS.

10:55AM 16       SO I THINK OF THE ANALYSIS, IF YOU LOOK AT IT ON A

10:55AM 17   CLAIM-BY-CLAIM, PRODUCT-BY-PRODUCT BASIS, AND THEY HAVE

10:55AM 18   THOUSANDS OF PRODUCTS.  I ACTUALLY CALCULATED IF YOU WENT

10:55AM 19   THROUGH ALL THE PERMUTATIONS, DIDN'T TAKE ANY EXTRA TIME FOR

10:55AM 20   THE FOREIGN LANGUAGE TRANSLATIONS AND ALL OF THAT, IF YOU JUST

10:55AM 21   SPENT 30 SECONDS FIGURING OUT WHETHER EACH CLAIM WAS INFRINGED

10:55AM 22   BY EACH PRODUCT, IT'S CLOSE TO A MILLION YEARS -- MILLION

10:55AM 23   HOURS, SOMETHING LIKE 770,000 HOURS.  AND EVEN THEN, YOU ARE

10:55AM 24   NOT NECESSARILY GOING TO AGREE ON THE RESULT.

10:55AM 25       THAT'S WHY YOU ALWAYS HAVE PATENT INFRINGEMENT TRIALS,

10:56AM  1    BECAUSE THESE ARE COMPLICATED DECISIONS ON WHICH PEOPLE CAN

10:56AM  2    HAVE OPPOSING VIEWS LEGITIMATELY.

10:56AM  3        AND HERE THEY DECIDED RATHER THAN GO THROUGH A WHOLE

10:56AM  4    ANALYSIS FOR HUNDREDS OF PATENTS ON AN EVOLVING PORTFOLIO OF

10:56AM  5    PATENTS AND AN EVOLVING PORTFOLIO OF PRODUCTS, WE ARE JUST

10:56AM  6    GOING TO AGREE, WE ARE GOING TO DRAW A BRIGHT LINE THAT

10:56AM  7    ACCOUNTANTS CAN APPLY.

10:56AM  8            THE COURT:  OKAY.  SO I AM GOING TO ASK YOU TO WRAP

10:56AM  9    IT UP BECAUSE THIS COULD TAKE ALL DAY AND I WOULD LEARN SO

10:56AM  10   MUCH, BUT I DON'T -- I UNFORTUNATELY CAN'T.

10:56AM  11           MR. HATTENBACH:  I WILL JUST FINISH WITH ONE POINT

10:56AM  12   WHICH IS SLIDE 75.

10:56AM  13       AND THAT IS THIS QUESTION OF RELEVANT TESSERA PATENTS.

10:56AM  14   THEY ARGUE IT'S THOSE PATENTS, THEY CALL IT A PACKET BUT THEY

10:56AM  15   DON'T KNOW WHAT WAS IN IT.  BUT THEY HAVE DECIDED NOW THAT IT'S

10:56AM  16   ALL THE PATENTS THAT WERE AT ISSUE, ISSUED BY JULY 1997.

10:56AM  17       HERE'S THE INTERESTING FACT, IF YOU LOOK AT ALL THEIR

10:56AM  18   DISCUSSION ABOUT WHY THIS NEEDS TO BE AN INFRINGEMENT-BASED

10:57AM  19   LICENSE, IT'S BECAUSE THEY THOUGHT ALLEGEDLY THEY WERE

10:57AM  20   INFRINGING TESSERA'S '326 PATENT AND THEY NEEDED RIGHTS TO THAT

10:57AM  21   PATENT, AND THAT WAS THE MOTIVATING FORCE.  THE PRIMARY,

10:57AM  22   MOTIVATING FORCE OF THEM ENTERING INTO THIS AGREEMENT.

10:57AM  23           THE COURT:  WELL, THEY DISPUTE THAT.

10:57AM  24           MR. HATTENBACH:  THIS IS FROM THEIR MOTION.

10:57AM  25           THE COURT:  OH, I'M SORRY.

10:57AM 1      MR. HATTENBACH:  THESE ARE JUST TOTALLY INCONSISTENT

10:57AM 2   STATEMENTS.

10:57AM 3      THE COURT:  THIS IS FOR THE 1999 AGREEMENT, I'M

10:57AM 4   SORRY.

10:57AM 5      MR. HATTENBACH:  YES, EXACTLY.

10:57AM 6    BUT THEY SAY IN THEIR OWN PAPER NOT ONCE, BUT TWICE IN

10:57AM 7   THEIR MOTION HERE BEFORE YOUR COURT, IT'S THE '326 PATENT THAT

10:57AM 8   WAS THE REASON THEY ENTERED INTO THIS AGREEMENT IN THE FIRST

10:57AM 9   PLACE.

10:57AM 10   GUESS WHEN THE '326 PATENT WAS ISSUED?  AFTER 1997.  SO IT

10:57AM 11   WOULDN'T EVEN BE RELEVANT UNDER THEIR ARGUMENT.

10:57AM 12      THE COURT:  YEAH, I DIDN'T FIND THAT THEIR STRONGEST

10:57AM 13   ARGUMENT ON THE 1997.

10:57AM 14      MR. HATTENBACH:  I GUESS I WOULD JUST LEAVE

10:57AM 15   YOUR HONOR WITH THIS, WHEN PEOPLE ARE COMING UP WITH NEW

10:57AM 16   ARGUMENTS AFTER THE FACT, SOMETIMES IT'S VERY DIFFICULT WHEN

10:57AM 17   THE FACTS ARE COMPLICATED TO KEEP THE STORY STRAIGHT.

10:58AM 18    AND A LOT CAN BE INFERRED FROM TOSHIBA'S INABILITY TO KEEP

10:58AM 19   THE STORY STRAIGHT.

10:58AM 20      THE COURT:  WELL, MAYBE THAT'S WHAT CHIEF JUSTICE

10:58AM 21   ROBERTS HAD IN MIND IN THE HALO DECISION, ON A DIFFERENT TOPIC.

10:58AM 22    ALL RIGHT.

10:58AM 23      MR. HATTENBACH:  THANK YOU, YOUR HONOR.

10:58AM 24      THE COURT:  ALL RIGHT.  MR. GUY.

10:58AM 25      MR. GUY:  THANK YOU, YOUR HONOR.  WE HAVE HANDED UP

10:58AM  1    OUR GRAPHICS.

10:58AM  2              THE COURT:  AND MR. HATTENBACH.  I WILL HAVE ALL OF

10:58AM  3    YOUR GRAPHICS AS WELL, YOU HAVE GIVEN ME A COPY?

10:58AM  4              MR. HATTENBACH:  YOU DO, YOUR HONOR.  THEY HAVE BEEN

10:58AM  5    HANDED UP.

10:58AM  6              THE COURT:  THANK YOU.  I APPRECIATE THAT.

10:58AM  7              MR. GUY:  I WANT TO BEGIN WITH SLIDE NUMBER 9, AND

10:58AM  8    ACTUALLY 7.

10:58AM  9        WHAT WE ARE BASING OUR INTERPRETATION INITIALLY ON, I WILL

10:58AM  10   TAKE THIS IN THE '99 AGREEMENT, THEN THE 2002 AMENDMENT AND

10:58AM  11   THEN THE TERMINATION.

10:58AM  12             THE COURT:  OKAY.  ALL RIGHT.

10:58AM  13             MR. GUY:  WITH RESPECT TO THE DEFINITION, WE ARE

10:58AM  14   BASING OUR SUMMARY JUDGEMENT MOTION ON THE INTRINSIC RECORD WE

10:58AM  15   HAVE HERE, THE TCC DEFINITION IS THERE, IT'S IDENTICAL TO THE

10:58AM  16   ONE THAT JUDGE DAVILA CONSIDERED.  AND IT WAS, IN FACT, THE

10:59AM  17   TCC'S THAT THERE WERE, THAT THE LICENSE WAS GRANTED UNDER AND

10:59AM  18   THAT THEY WERE THE BASIS FOR CALCULATION OF ROYALTIES.

10:59AM  19       IT'S THE SAME LANGUAGE THAT WAS IN THE UTC.  JUDGE DAVILA

10:59AM  20   WILL MAKE A POINT ABOUT THIS, JUDGE DAVILA DID NOT GET TO THE

10:59AM  21   SPECIFIC QUESTION OF THE DEFINITIONS OF PATENTS AND ANY

10:59AM  22   DIFFERENCE IT MIGHT HAVE MADE IN THE UTC DETERMINATION.

10:59AM  23       WHAT JUDGE DAVILA DID WAS HE MADE A DECISION PURELY AS A

10:59AM  24   MATTER OF LAW ON THE INTRINSIC RECORD.

10:59AM  25             WITH RESPECT TO THIS, YOUR HONOR, WE BELIEVE WE PREVAIL

10:59AM 1    UNDER THREE DIFFERENT BASIS.

10:59AM 2        NUMBER ONE, YOU CAN APPLY COLLATERAL ESTOPPEL.  WE RELY

10:59AM 3    UPON OUR PAPERS FOR THAT, I'M NOT GOING TO GO INTO THAT.

10:59AM 4        OUR POINT IS THAT IN THE DAVILA DECISION, IT WAS A

10:59AM 5    SUFFICIENTLY FIRM DECISION TO BE FINAL BECAUSE IT WAS RELIED

10:59AM 6    UPON JUST LIKE WE ARE ASKING YOU HERE THAT YOU WILL MAKE A

10:59AM 7    DETERMINATION ABOUT WHETHER OR NOT THERE'S A PATENT

10:59AM 8    INFRINGEMENT CASE OR NOT AND THEN THE REST OF THE CASE IS

11:00AM 9    BASICALLY DEFINED.  THAT'S A FINAL DECISION.

11:00AM 10       SO COLLATERAL ESTOPPEL IS ONE.

11:00AM 11       NUMBER TWO IS THAT YOU CAN FOLLOW THE REASONING OF

11:00AM 12   JUDGE DAVILA.  JUDGE DAVILA RELIED UPON, AND YOU WILL SEE IT

11:00AM 13   THERE IN THE THIRD BULLET, HE RELIED UPON A DEFINITION IN THE

11:00AM 14   PATENT ACT ITSELF, 35 USC 100(J) DEFINING WHAT A CLAIMED

11:00AM 15   INVENTION IS AS THE SUBJECT MATTER DEFINED BY THE CLAIM IN A

11:00AM 16   PATENT OR AN APPLICATION FOR A PATENT.

11:00AM 17       SO THAT DEALS WITH THIS ISSUE OF CLAIMS, PATENTS OR

11:00AM 18   APPLICATIONS, EVEN IN THE DEFINITION THAT WE HAVE IN OUR CASE.

11:00AM 19       THE COURT:  AND I WILL SAY THAT THE IDEAS OF THIS

11:00AM 20   EXPANSIVE CONCEPT OF SUBJECT MATTER OF A PATENT IS SO AMORPHOUS

11:00AM 21   AS TO BE UNENFORCEABLE IF I WERE TO DO ANYTHING ELSE.

11:00AM 22       SO I STRUGGLE WITH SUBJECT MATTER BEING -- I MEAN, IT'S

11:00AM 23   LIKE HOLDING UP A MIRROR, YOU CAN SEE ANYTHING YOU WANT IN A

11:00AM 24   DEFINITION.

11:00AM 25       SO I THINK THAT THE -- I WORRY THAT TESSERA'S DEFINITION

11:00AM 1    WITHOUT ANY BOUNDARIES, INVITES AN ENTIRELY DIFFERENT PROBLEM.

11:01AM 2         MR. GUY:  IT'S MUSIC TO MY EARS TO HEAR YOU SAY THAT,

11:01AM 3    YOUR HONOR.  I WILL BE BLUNT.  IT'S ABSOLUTELY WHAT WE HAVE

11:01AM 4    BEEN STRUGGLING WITH.  IF IT'S NOT THE CLAIMS, THEN WHAT IS IT?

11:01AM 5         AND WHAT WE HAVE IS A RECORD IN WHICH THEY TRY, AS

11:01AM 6    JUDGE DAVILA SUGGESTED IN THE UTC CASE, WAS NOTHING MORE THAN

11:01AM 7    MISDIRECTION, THAT IT WAS THIS CORE CONCEPT.  AND THE CLOSING

11:01AM 8    LINE RIGHT HERE, YOUR HONOR, AT THE BOTTOM, IT WAS REJECTED.

11:01AM 9    IT DOES NOT REFER TO THE CORE CONCEPTS OF THE TECHNOLOGY AS

11:01AM 10   DESCRIBED IN THE SPECIFICATION, DRAWINGS OR ELSEWHERE, BUT

11:01AM 11   INSTEAD THE INVENTION ACTUALLY WAS DISCLOSED IN THE CLAIMS.

11:01AM 12        WE ARE ASKING THIS COURT TO RULE THAT SAME WAY.  YOU CAN

11:01AM 13   DEAL WITH IT ON THE SAME BASIS AS JUDGE DAVILA.

11:01AM 14        BUT I FEEL LIKE THE LATE NIGHT COMMERCIAL, "BUT THERE'S

11:01AM 15   MORE," THERE'S A THIRD WAY IN WHICH YOU CAN DECIDE FOR US, AND

11:01AM 16   THAT IS BASED UPON THE ADMISSION THAT YOU REFERRED TO.

11:03AM 17   **(REDACTED.)** IN ADDITION, WHAT WE HAVE CITED IN OUR PAPERS,

11:03AM 18   IS THAT THE USE OF THE TERM SUBJECT MATTER AND THE PATENT ACT

11:04AM 19   ALSO OCCURS IN SECTION 112, PARAGRAPH 2, PARAGRAPH 3, I BELIEVE

11:04AM 20   IT'S IN 5, SECTION 120, ALL OF THIS REFERS TO WHAT IS CLAIMED.

11:04AM 21   THE CLAIMED INVENTION AND THE USE OF SUBJECT MATTER.

11:04AM 22        I WOULD ADD ONE OTHER POINT, THEY MAKE A GREAT DEAL OUT OF

11:04AM 23   THIS IDEA, WE DIDN'T SAY INFRINGE, WE SAY SUBJECT MATTER.

11:04AM 24        YOUR HONOR, THE PATENT ACT USES SUBJECT MATTER REPEATEDLY

11:04AM 25   AND USES THE WORD INFRINGE.  AND THEY USE THEM BECAUSE IF IT IS

11:04AM  1    AN ACT IN VIOLATION OF THE PATENT RIGHT TO INFRINGE, WHAT THE

11:04AM  2    SUBJECT MATTER OF A PATENT IS THE CLAIMS.

11:04AM  3            THE COURT:  SO LET'S GO ON TO THE ARGUMENT THOUGH

11:04AM  4    THAT MR. HATTENBACH MAKES ABOUT THE 2002 CHANGE.

11:04AM  5            MR. GUY:  ABSOLUTELY.  LET'S GO TO THAT.

11:04AM  6        FIRST OF ALL, BASED UPON THE INTRINSIC EVIDENCE WE HAVE, WE

11:04AM  7    RELY ON THREE PARAGRAPHS.  THE DEFINITION OF F-MICRO BGA

11:04AM  8    PACKAGE MEANS **(REDACTED.)**  AND IN THAT SAME AMENDMENT, YOUR

11:05AM  9    HONOR, THEY COMPLETELY REWROTE THE LICENSE GRANT AND ALSO

11:05AM  10   REPLACED A CERTAIN SENTENCE IN PARAGRAPH 4 DEALING WITH

11:05AM  11   ROYALTIES.

11:05AM  12       WHAT WAS LICENSED?  WHAT WAS LICENSED WAS TCC'S.

11:05AM  13       IF THIS WAS A PRODUCT DEFINITION AND F-MICRO BGA PACKAGE

11:05AM  14   WAS A NEW PRODUCT THAT WAS COVERED AND INDEPENDENTLY LICENSED

11:05AM  15   AS A LICENSED DEFINITION PRODUCT OR A DEFINITION BASED LICENSE,

11:05AM  16   THEN WHAT YOU WOULD SEE IN THE LICENSE GRANT IS AN F-MICRO BGA

11:05AM  17   PACKAGE BEING DIRECTLY LICENSED.  BUT THAT'S NOT THE CASE.

11:05AM  18       F-MICRO BGA PACKAGE MEANS **(REDACTED)**, IT'S A SUBSET OF TCC,

11:05AM  19   IT HAS TO ALSO INFRINGE.

11:05AM  20       NOW, WHY DID THEY GO TO THIS DEFINITION, YOUR HONOR.

11:05AM  21   THAT'S EXPLAINED IN THE NEXT SLIDE, ON SLIDE 21, THEY USED IT

11:05AM  22   FOR **(REDACTED.)**

11:06AM  23       NOW, HOW IMPORTANT IS THIS LANGUAGE THAT AN F-MICRO BGA

11:06AM  24   PACKAGE IS **(REDACTED.)** THAT'S ACTUALLY BROUGHT OUT IN THE

11:06AM  25   EXTRINSIC RECORD, AND IF YOU WANT TO LOOK AT THAT, WE CAN.  BUT

11:06AM 1    THE INTRINSIC RECORD HERE IS VERY CLEAR, THE ONLY THING THAT

11:06AM 2    WAS LICENSED WAS A TCC, THE ONLY THING THAT'S ROYALTY BEARING

11:06AM 3    IS THE TCC **(REDACTED.)**

11:07AM 4        I WILL GET TO THEIR ARGUMENT IN A MOMENT, BUT LET ME GO TO

11:07AM 5    SLIDE 27.

11:07AM 6        DURING THE NEGOTIATION, WHICH ACTUALLY DID NOT TAKE THAT

11:07AM 7    LONG, IT WAS ABOUT SEVEN WEEKS, TOSHIBA WAS PROVIDED AND THEN

11:07AM 8    PROVIDED THE FIRST BLOCK THERE AT THE TOP.  AND WHAT THEY DID

11:07AM 9    WAS YOU CAN BARELY SEE IT, THEY STRUCK THE MICRO IN F-MICRO BGA

11:07AM 10   BECAUSE IN THE INDUSTRY IT'S JUST CALLED AN FBGA.  IT'S FACE UP

11:07AM 11   BALL GRID ARRAY.

11:07AM 12       IT WAS TOSHIBA THAT ADDED THAT IT WAS **(REDACTED)** AND LOOK

11:07AM 13   WHAT THEY STRUCK, **(REDACTED.)**

11:07AM 14       SO THIS WENT FROM BEING ANY PRODUCT THAT MET THIS

11:07AM 15   DEFINITION TO IT HAD TO BE A TCC.

11:08AM 16       NOW WHAT DID MR. PICKETT DO?  HE ACCEPTED IT.  EXCEPT HE

11:08AM 17   ADDED BACK THE WORD MICRO.  F-MICRO BGA PACKAGE MEANS

11:08AM 18   **(REDACTED.)**

11:08AM 19       SO THIS WENT FROM COVERING ANY PRODUCT, WHICH IS WHAT THEY

11:08AM 20   ARE SAYING NOW, TO IT'S LIMITED TO TCC'S.  NOW THIS BOLSTERS

11:08AM 21   THE INTRINSIC EVIDENCE DIRECTLY BECAUSE I JUST SHOWED YOU A

11:08AM 22   LICENSE WHICH THE ONLY THING THAT'S LICENSED IS TCC'S.  WE NOW

11:08AM 23   KNOW HOW THAT LANGUAGE GOT INTO THE DEFINITION OF F-MICRO BGA,

11:08AM 24   AND IT WAS TO STRIKE ANY PRODUCT AND TO MAKE IT VERY

11:08AM 25   SPECIFICALLY A TCC.

11:08AM 1        SO THE BOTTOM LINE YOUR HONOR IS, THE STRUCTURE, THE

11:08AM 2    STRUCTURE, WHAT JUDGE DAVILA SAID WAS OF UTMOST IMPORTANCE TO

11:08AM 3    THE AGREEMENT IS THE MEANING OF TCC, FOR IT FORMS BOTH THE

11:08AM 4    FOUNDATION OF THE LICENSE GRANT AND THE EXCLUSIVE BASIS OF THE

11:09AM 5    ROYALTY CALCULATION.

11:09AM 6        THAT DID NOT CHANGE.  IT'S STILL TCC.

11:09AM 7            THE COURT:  SO WOULD YOU AGREE THAT FOR A TIME, THAT

11:09AM 8    TOSHIBA ACQUIESCED IN PAYING ROYALTIES WHICH MEANT IT

11:09AM 9    ACQUIESCED IN THE CONTENTION THAT THE PACKAGES WERE INFRINGING?

11:09AM 10           MR. GUY:  YES.  LET ME ADDRESS THAT.

11:09AM 11           THE COURT:  AND I SAY ACQUIESCE BECAUSE I KNOW THEY

11:09AM 12   DIDN'T ADMIT AND AGREE.

11:09AM 13           MR. GUY:  AGAIN, I REALLY LIKE YOUR WORD, YOUR HONOR.

11:09AM 14   THAT IS ABOUT THE BEST YOU CAN PUT IT.  AND LET ME EXPLAIN WHY.

11:09AM 15       IF WE CAN GO TO REBUTTAL SLIDE, I BELIEVE IT'S 8.  SEVEN,

11:09AM 16   EXCUSE ME.  I'M SORRY, IT'S 5.

11:10AM 17           THE COURT:  SLIDE 5?

11:10AM 18           MR. GUY:  YES, 5.

11:10AM 19       SO WHAT HAPPENED, YOUR HONOR, IS THE TWO KEY PATENTS, THE

11:10AM 20   '977 AND THE '326 PATENT, THEY BOTH EXPIRED SEPTEMBER 2010.

11:10AM 21   AND THAT WAS THE U.S., I BELIEVE THERE WAS SOME FOREIGN RIGHTS

11:10AM 22   THAT EXPIRED AFTER THAT.

11:10AM 23       BEGINNING IN ABOUT 2011, THERE WERE DISCUSSIONS ABOUT WHAT

11:10AM 24   WAS GOING TO HAPPEN NEXT, AND SO THERE WAS A NEED TO TALK ABOUT

11:10AM 25   PATENT INFRINGEMENT.

11:10AM 1      WHAT I'M SHOWING YOU HERE IS A TESSERA DOCUMENT IN WHICH

11:10AM 2    THEY ARE DESCRIBING PATENT INFRINGEMENT.  **(REDACTED.)**

11:10AM 3           MR. HATTENBACH:  SO YOUR HONOR, I REGRET OBJECTING,

11:11AM 4    BUT I MEAN, THIS IS ALL SUBJECT TO A PROTECTED COMMUNICATIONS

11:11AM 5    AGREEMENT WHERE BOTH SIDES AGREED NOT TO TALK ABOUT THIS FOR

11:11AM 6    ANY PURPOSE.

11:11AM 7      I'M HAPPY TO ADDRESS IT, BUT I JUST FIND IT REALLY

11:11AM 8    DISTASTEFUL.  THE AGREEMENT IS EXPLICIT THAT WE WILL NOT TALK

11:11AM 9    ABOUT THIS ON EITHER SIDE FOR ANY PURPOSE.

11:11AM 10          THE COURT:  WAS THIS IN THE DOCUMENTATION THAT YOU

11:11AM 11   SUBMITTED WITH YOUR MOTION?

11:11AM 12          MR. GUY:  YES, IT WAS, YOUR HONOR.  IT'S PART OF THE

11:11AM 13   RECORD.

11:11AM 14     THEY ALREADY FILED A MOTION, YOU RULED AGAINST IT,

11:11AM 15   YOUR HONOR.  THEY ATTEMPTED TO MOVE TO STRIKE.  WE POINTED OUT

11:11AM 16   THEY WERE WAY OUT OF LINE WITH THE ADMINISTRATIVE MISCELLANEOUS

11:11AM 17   ORDER AND WHAT THEY WERE ASKING FOR WAS A PERMANENT INJUNCTION

11:11AM 18   THAT WE WOULD BE SUBJECT TO SPECIFIC PERFORMANCE OF AN

11:11AM 19   AGREEMENT THAT WAS NOT AS HE JUST REPRESENTED.

11:11AM 20          MR. HATTENBACH:  SO YOUR HONOR ACTUALLY SAID

11:11AM 21   PROCEDURALLY, IT WASN'T THE APPROPRIATE VEHICLE, SO WE PUT IT

11:11AM 22   IN OUR REPLY BRIEF.  AND IT'S IN OUR REPLY BRIEF AND IT HASN'T

11:11AM 23   BEEN RULED ON ON THE MERITS, AND WE BELIEVE THE AGREEMENT

11:11AM 24   SHOULD BE ENFORCED.

11:11AM 25          AND FRANKLY, THERE'S NO CONCERN ABOUT THE STATE'S EXHIBIT

11:11AM 1    OF THIS.  I'M HAPPY TO ADDRESS IT, I JUST DON'T THINK IT'S THE

11:11AM 2    RIGHT THING TO DO.

11:12AM 3              MR. GUY:  YOUR HONOR, LET ME JUST --

11:12AM 4              THE COURT:  I JUST DON'T HAVE MY ARMS AROUND THAT

11:12AM 5    ARGUMENT.

11:12AM 6              MR. GUY:  LET ME CUT TO THE CHASE AND ANSWER YOUR

11:12AM 7    QUESTION.

11:12AM 8         THIS IS EVIDENCE THAT THEY DISCUSSED PATENT INFRINGEMENT

11:12AM 9    AFTER THE EXPIRATION OF THE TWO PATENTS THAT BROUGHT THE

11:12AM 10   PARTIES TOGETHER IN 2002.

11:12AM 11             MR. HATTENBACH:  IN THE CONTEXT OF TALKING ABOUT AN

11:12AM 12   ENTIRELY DIFFERENT AGREEMENT WITH OTHER TESSERA ENTITIES.

11:12AM 13             THE COURT:  ALL RIGHT.  LET'S MOVE ON FROM THIS.

11:12AM 14             MR. HATTENBACH:  IT'S IRRELEVANT.

11:12AM 15             THE COURT:  OKAY.

11:12AM 16             MR. GUY:  NOW LET ME GO BACK TO THE OPENING SLIDE

11:12AM 17   DEC.

11:12AM 18        NOW ONE THING THAT THEY BRING UP AGAIN, AND AGAIN, AND

11:12AM 19   AGAIN IS THIS IDEA THAT, AND THEY KEEP SAYING IT AS A MANTRA, I

11:12AM 20   GUESS EVENTUALLY THEY HOPE THE WORDS OF THE CONTRACT WILL

11:12AM 21   CHANGE.  THEY KEEP SAYING THAT ALL F-MICRO BGA PRODUCTS ARE

11:12AM 22   COVERED BY THE AGREEMENT.  THEY KEEP SAYING THAT.

11:12AM 23        SO LET ME SHOW YOU WHERE THAT APPEARS.  SO IT'S THE BOTTOM

11:13AM 24   SENTENCE HERE, I'VE GOT THE DEFINITION ON THE RIGHT-HAND SIDE.

11:13AM 25   IT'S THE BOTTOM SENTENCE.  AND WHAT THEY LEAVE OUT IS, THE

| | | |
|---|---|---|
| 11:13AM | 1 | SENTENCE ACTUALLY SAYS **(REDACTED.)** |
| 11:13AM | 2 | THE COURT:  SO THAT'S THE 2002 AMENDMENT THAT YOU ARE |
| 11:13AM | 3 | TALKING ABOUT? |
| 11:13AM | 4 | MR. GUY:  NO, NO. |
| 11:13AM | 5 | THE COURT:  SEE, I DON'T KNOW WHAT DOCUMENT THIS |
| 11:13AM | 6 | IS -- |
| 11:13AM | 7 | MR. GUY:  THIS IS THE 2002 AGREEMENT.  BUT THE |
| 11:13AM | 8 | REFERENCE TO THE AGREEMENT IS THE EARLIER '99 AGREEMENT. |
| 11:13AM | 9 | THE COURT:  OH, I PRESUMED THAT. |
| 11:13AM | 10 | MR. GUY:  WELL, VERY GOOD, BECAUSE THAT'S NOT WHAT |
| 11:13AM | 11 | THEIR POSITION IS. |
| 11:13AM | 12 | THEIR POSITION IS THAT THIS AGREEMENT SUDDENLY MAKES THEM |
| 11:13AM | 13 | ALL LICENSED, IF YOU WILL, OR THAT THIS SENTENCE THAT THEY KEEP |
| 11:13AM | 14 | SAYING AGAIN AND AGAIN, ALL ARE COVERED BY THE AGREEMENT, IS |
| 11:14AM | 15 | SUGGESTING THAT THIS DEFINITION IS LICENSED PRODUCTS AND |
| 11:14AM | 16 | ROYALTY BEARING. |
| 11:14AM | 17 | THE COURT:  WELL, I GUESS IT'S INTERESTING BECAUSE |
| 11:14AM | 18 | MAYBE I'M TOO LITERAL AND THAT'S WHY I GOT OFF MAYBE ON THE |
| 11:14AM | 19 | WRONG TRACK ON THE AMENDMENT OF THE ATTACHMENT A.  BUT WHEN I |
| 11:14AM | 20 | LOOK AT THE FIRST LICENSE AMENDMENT, IT DEFINES THE AGREEMENT |
| 11:14AM | 21 | IN QUOTATIONS AS THE 1999 DOCUMENT. |
| 11:14AM | 22 | MR. GUY:  THAT'S CORRECT. |
| 11:14AM | 23 | THE COURT:  SO WHEN I -- I GUESS I NEVER -- THEN I |
| 11:14AM | 24 | MISSED THEIR ARGUMENT BECAUSE I ONLY WAS REFERRING BACK TO IT |
| 11:14AM | 25 | BECAUSE I READ. |

11:14AM 1      MR. GUY:  WE ARE ON THE SAME PAGE, YOUR HONOR.

11:14AM 2      THE COURT:  THE INTRODUCTION TO SEE WHAT THAT TERM

11:14AM 3  MEANT.  THIS WAS CALLED A FIRST AMENDMENT AND IT WAS NEVER

11:14AM 4  REFERRED TO AS AN AGREEMENT.  AGAIN, I'M VERY LITERAL SO --

11:14AM 5      MR. GUY:  I THANK YOU FOR THAT AGAIN YOUR HONOR.

11:14AM 6  THAT'S EXACTLY THE POINT OF THIS SLIDE WHICH IS THE AGREEMENT

11:14AM 7  REFERS TO THE '99 AGREEMENT AND THE REASON THAT SENTENCE IS

11:14AM 8  THERE AND THE REASON THEY ARE SAYING ALL ARE COVERED IS

11:14AM 9  BECAUSE, I BELIEVE YOU HAVE ALLUDED TO THIS EARLIER, THEY HAD

11:14AM 10  TO PAY BACK ROYALTIES.

11:14AM 11      IN FACT, THE AMOUNT, I BELIEVE WE CAN DISCLOSE THIS, THE

11:15AM 12  AMOUNT IS, IT WAS OVER **(REDACTED)** AND THAT'S BECAUSE THEY ARE

11:15AM 13  THEY SAYING THAT THEY INFRINGE THE TWO PATENTS THAT WERE

11:15AM 14  SUBJECT TO THIS ITC INVESTIGATION THAT BROADENED OUT THOSE

11:15AM 15  CLAIMS.

11:15AM 16      YOUR HONOR, IF I CAN BRIEFLY, I BELIEVE I HAVE ADDRESSED

11:15AM 17  EVERYTHING THAT THEY HAVE RAISED.  THEY SAID IT SHOULD HAVE

11:15AM 18  BEEN RAISED WITH THE KPMG AUDIT.  THE AUDIT PERIOD WAS 2005 TO

11:15AM 19  2009 WHICH WAS BEFORE THE EXPIRATION.  THE AUDITORS DID NOT

11:15AM 20  LOOK AT PATENT INFRINGEMENT.  AND THE REASON IS THERE WAS A LOT

11:15AM 21  OF DISCUSSION ABOUT **(REDACTED)** SO IT WAS VERY IMPORTANT TO

11:15AM 22  UNDERSTAND.

11:15AM 23      THE COURT:  WHAT ABOUT THE TERMINATION, CAN YOU REST

11:15AM 24  ON THE PAPERS?

11:15AM 25      MR. GUY:  LET ME GO TO THAT QUICKLY.

11:15AM  1              THE COURT:  BECAUSE I WASN'T ENAMORED OF YOUR

11:15AM  2     ARGUMENT ON THE 1997 LIST OF PATENTS.

11:16AM  3              MR. GUY:  ALL RIGHT.  LET ME CLEAR THAT UP THEN.

11:16AM  4           THIS IS PAGE 33.  WHAT YOU SEE IN THE TOP IN THE FIRST BOX

11:16AM  5     IS THE TOSHIBA RESPONSE IN WHICH THE WORD "RELEVANT" DOES NOT

11:16AM  6     APPEAR.  BY REASON OF THE NONUSE OF TESSERA PATENTS.  THERE WAS

11:16AM  7     ALSO A UNILATERAL RIGHT CLEARLY THAT THEY COULD TERMINATE.

11:16AM  8              THE COURT:  I GUESS MY CONCERN THOUGH HERE IS THAT AS

11:16AM  9     IN EVERY CONTRACT THERE ARE A SERIES OF AGREEMENTS AND

11:16AM 10     ITERATIONS AND IDEAS, AND ULTIMATELY YOU SIGN AN INTEGRATED

11:16AM 11     AGREEMENT WHICH THIS ONE IS, AND THE WHOLE POINT OF THAT IS TO

11:16AM 12     LAY ASIDE WHAT CAME BEFORE IN THE POSSIBILITIES.

11:16AM 13           NOW, YOU KNOW, I APPRECIATE THE ISSUE MR. HATTENBACH RAISED

11:16AM 14     IF A SPECIFIC CLAUSE IS REJECTED YOU CAN'T READ THE CONTRACT TO

11:16AM 15     INCLUDE IT.  BUT I THINK THAT'S A VERY NARROW ISSUE THERE.  BUT

11:16AM 16     HERE YOU ARE ACTUALLY TRYING TO BRING INTO THE CONTRACT

11:16AM 17     SOMETHING THAT PRECEDED THE WRITTEN AGREEMENT.

11:17AM 18           I'M JUST NOT WITH YOU ON IT.

11:17AM 19              MR. GUY:  YES.  LET ME BE VERY PRECISE.  WHAT THE

11:17AM 20     POINT OF THE SLIDE IS, SLIDE 33, IS THAT IT WAS MR. PICKETT WHO

11:17AM 21     INTRODUCED THE TERM RELEVANT TESSERA PATENT, LITTLE R,

11:17AM 22     RELEVANT, IT HAS NO DEFINITION IN THE INTRINSIC RECORD.

11:17AM 23           HE'S ALSO THE ONLY PERSON TO EVER USE IT IN REFERENCE TO

11:17AM 24     ANY OTHER GROUP OF PATENTS AND WE POINT YOU TO THAT.  THE

11:17AM 25     SECOND, THE CODE SECTION IS CALIFORNIA CIVIL CODE 1654 WHICH

11:17AM 1    STATES THE CONTRACT IS TO BE INTERPRETED AND THIS IS LITERALLY

11:17AM 2    IN THE STATUTE, MOST STRONGLY AGAINST THE PARTY WHO CAUSED THE

11:17AM 3    UNCERTAINTY TO EXIST.

11:17AM 4        SO THIS IS A CLEAR APPLICATION OF THAT STATUTORY BASIS THAT

11:17AM 5    HE INTRODUCED THE TERM, HE INTRODUCED THE AMBIGUITY OF

11:17AM 6    UNCERTAINTY.  AND NOW WE ARE SITTING HERE AND THE QUESTION IS

11:17AM 7    WHAT IS MEANT BY RELEVANT PATENTS.  WE ARE SAYING IT'S

11:17AM 8    AMBIGUOUS, IT IS UNCERTAIN.  SO MAKE NO MISTAKE ABOUT THAT.

11:17AM 9            THE COURT:  SO THEN WITH THAT THEN, YOU WOULD ASK ME

11:18AM 10   TO SIMPLY DENY TESSERA'S MOTION FOR SUMMARY JUDGEMENT ON THIS

11:18AM 11   POINT, AND ULTIMATELY DENY YOURS AS WELL.

11:18AM 12           MR. GUY:  NO, I'M ASKING YOU TO GRANT OUR MOTION AND

11:18AM 13   WE ARE PROPERLY TERMINATED.

11:18AM 14           THE COURT:  OKAY.

11:18AM 15           MR. GUY:  BECAUSE THE NEXT POINT IS THERE IS NO

11:18AM 16   DISPUTE THAT WE SENT THEM THE NOTICE AND THAT EVERYTHING ON THE

11:18AM 17   1997 PACKET THAT MR. PICKETT REFERRED TO AS THE RELEVANT

11:18AM 18   PATENTS HAVE ALL EXPIRED.  THERE'S NO DISPUTE ABOUT

11:18AM 19   INFRINGEMENT.

11:18AM 20           THE COURT:  WELL, IF I DETERMINE IT'S AMBIGUOUS THEN

11:18AM 21   YOU ARE ASKING ME TO SAY THAT ON THE UNDISPUTED RECORD I CAN

11:18AM 22   DETERMINE THE DEFINITION OF RELEVANT AS BEING THE 1997 LIST.

11:18AM 23   AND I'M JUST NOT WITH YOU ON THAT.

11:18AM 24           MR. GUY:  BUT YOU CAN BECAUSE IT IS A REQUIREMENT AS

11:18AM 25   A MATTER OF LAW THAT IT BE MOST STRONGLY, I WILL READ IT AGAIN,

11:18AM   1    MOST STRONGLY CONSTRUED, STRONGLY AGAINST MR. PICKETT.

11:18AM   2              THE COURT:  WELL, I WILL SEE YOU AT TRIAL ON THAT

11:18AM   3    ISSUE PROBABLY.

11:18AM   4              MR. GUY:  ALL RIGHT.  LET ME GO TO THE NEXT POINT

11:18AM   5    WHICH IS --

11:18AM   6              THE COURT:  YOU ARE PROBABLY NOT GOING TO LOSE AND

11:18AM   7    HAVE ME GRANT TESSERA'S BUT I DON'T THINK YOU ARE --

11:19AM   8              MR. GUY:  I'M NOT COMPLAINING WITH WHAT YOU ARE

11:19AM   9    DOING, YOUR HONOR, I JUST WANT YOU TO KNOW MY POSITION.

11:19AM  10        THE LAST POINT IS AND IT'S AN EXCELLENT ONE THAT YOU MADE,

11:19AM  11    WHICH IS THERE'S AN INTEGRATION CLAUSE WHICH REQUIRES TOSHIBA'S

11:19AM  12    AGREEMENT IN WRITING AS TO WHETHER THEY ACCEPT THESE NEW

11:19AM  13    PATENTS AND THAT NEVER OCCURRED, THEY NEVER AGREED, AND SO WHAT

11:19AM  14    TESSERA HAS BEEN TRYING TO DO IS TO VOICE NEW PATENTS ON TO

11:19AM  15    THEIR LICENSEE HERE TOSHIBA, IN AN EFFORT TO EXTEND THIS OUT.

11:19AM  16              THE COURT:  ARE YOU JUST PARROTING BACK MY MISGUIDED

11:19AM  17    ARGUMENT.

11:19AM  18              MR. GUY:  IT IS NOT MISGUIDED IS WHAT I AM TELLING

11:19AM  19    YOU, YOUR HONOR.

11:19AM  20              THE COURT:  MR. HATTENBACH WAS TAKEN ABACK, AND I

11:19AM  21    TOOK NOTE OF THAT BECAUSE HE'S VERY EXPERIENCED AND I THOUGHT

11:19AM  22    MAYBE I WAS OUT OF LINE.

11:19AM  23              MR. GUY:  THANK YOU, YOUR HONOR.

11:19AM  24              THE COURT:  ALL RIGHT.  THANK YOU.

11:19AM  25              MR. HATTENBACH:  MR. HATTENBACH WAS JUST HOPING FOR A

11:19AM 1   BRIEF RESPONSE.

11:19AM 2          THE COURT:  I CAN GIVE YOU A MINUTE BECAUSE I'M

11:19AM 3   20 MINUTES LATE ON THE REST OF MY CALENDAR.

11:19AM 4          MR. HATTENBACH:  OKAY.  SURE.

11:19AM 5      LET'S GO TO SLIDE 57.  MR. GUY, IN RESPONSE TO YOUR

11:19AM 6   QUESTIONING, COULD WE PUT UP 57.

11:19AM 7      HE TOLD YOU THAT THEY DID NOT, HE TOLD YOU THEY DID NOT

11:20AM 8   CONCEDE THAT **(REDACTED)** F-MICRO BGA'S INFRINGE.  YOU WILL SEE

11:20AM 9   IN THEIR BRIEF THEY SAID EXACTLY THE OPPOSITE AND THAT'S AN

11:20AM 10  IMPORTANT POINT.

11:20AM 11     IF WE COULD GO TO SLIDE 16.

11:20AM 12     I JUST WANT TO POINT OUT A COUPLE OF KEY PROVISIONS THAT

11:20AM 13  MR. GUY DIDN'T MENTION FROM THE 2002 AMENDMENT, THE FIRST OF

11:20AM 14  WHICH SAID, THE WHOLE POINT OF IT WAS **(REDACTED.)**

11:20AM 15     AND THEN IF WE COULD GO ON TO SLIDE 19, YOU WILL SEE IN THE

11:20AM 16  ROYALTY PROVISION, IN THAT SECOND AMENDMENT IT DIDN'T SAY

11:20AM 17  LICENSEE CAN CHOOSE WHETHER OR NOT TO PAY.  IT SAYS, THEY SHALL

11:20AM 18  PAY RUNNING ROYALTIES FOR THOSE F-MICRO BGA PACKAGES.

11:20AM 19     WHAT HAPPENED HERE, YOUR HONOR, IS THERE WAS A LACK OF

11:20AM 20  PERFECT CLARITY IN THE ORIGINAL AGREEMENT, IT WAS AMENDED FOR

11:20AM 21  THE PACKAGES THAT MATTERED MOST TO PROVIDE THAT CLARITY.  TO

11:20AM 22  AVOID HAVING TO BRING PATENT LITIGATORS IN TO SOLVE EVERY

11:20AM 23  ROYALTY DISPUTE THAT THIRD DEGREE OCCURRED.

11:20AM 24     AND FOR TEN YEARS THE PARTIES ABIDED BY THAT AGREEMENT.

11:21AM 25  AND IT'S SHOWN FROM THE DOCUMENTS INTERNALLY EXTERNALLY WITH

11:21AM 1    AUDITORS WITH TESSERA, THERE ARE ROYALTY REPORTS, IT'S SHOWN BY

11:21AM 2    THEIR 30(B)(6) ADMISSIONS THAT BOTH SIDES FOR TEN YEARS

11:21AM 3    UNDERSTOOD THIS AGREEMENT TO MEAN THAT TOSHIBA HAD TO PAY ON

11:21AM 4    THE FBGA PACKAGES THAT MET THE DEFINITION, JUST LIKE THE SECOND

11:21AM 5    AMENDMENT SAID.

11:21AM 6        IT'S ONLY IN THE LAST COUPLE OF YEARS SINCE COUNSEL BECAME

11:21AM 7    INVOLVED, AND I HAVE TO PRESUME, ENCOURAGED THEM TO ADOPT A

11:21AM 8    DIFFERENT CONSTRUCTION, THAT THIS DISPUTE AROSE.

11:21AM 9        THE QUESTION BEFORE YOUR HONOR IS NOT WHAT THIS AGREEMENT

11:21AM 10   COULD BE ARGUED TO MEAN IN 2016, IT'S WHAT IT SAYS AND WHAT THE

11:21AM 11   PARTIES UNDERSTOOD AT THE TIME.

11:21AM 12       AND ON THAT COUNT AS TO F-MICRO BGA PACKAGES AS DEFINED,

11:21AM 13   THERE IS NO LACK OF CLARITY IN THE EVIDENCE BEFORE YOUR HONOR.

11:21AM 14       THANK YOU.

11:21AM 15           THE COURT:  OKAY.  THANK YOU ALL.  I KNOW I MADE YOU

11:21AM 16   TRUNCATE THE ARGUMENTS YOU PREPARED.

11:21AM 17       THANK YOU FOR LEAVING ME WITH THE SLIDES THAT YOU HAVE.

11:21AM 18   THAT WILL BE REALLY HELPFUL TO ME.

11:22AM 19       IT'S GOING TO TAKE ME A LITTLE BIT OF TIME TO WORK THROUGH,

11:22AM 20   THESE ARE COMPLICATED ISSUES, AND IT REALLY GOES I GUESS TO THE

11:22AM 21   HEART OF THE CASE.

11:22AM 22       SO IT'S IMPORTANT THAT I GET IT AS RIGHT AS I CAN SO THAT

11:22AM 23   WHEN THE LOSER GOES ON TO THE NEXT LEVEL, THAT IT WILL BE IN

11:22AM 24   GOOD SHAPE.

11:22AM 25           MR. GUY:  YOUR HONOR, ONE LAST MATTER, THE CURRENT

11:22AM  1    SCHEDULE IS WE HAVE A NOVEMBER 17TH CMC.  WE CERTAINLY BELIEVE

11:22AM  2    THAT THAT WAS SCHEDULED TO ALLOW YOU TO HAVE TIME TO DO THE

11:22AM  3    ORDER.

11:22AM  4         WE HAVE CLOSE OF DISCOVERY OCTOBER 31ST.  AND SO I'M NOT

11:22AM  5    SURE WHETHER WE WILL SEE ANY REQUESTS FOR RELIEF FROM THAT IN

11:22AM  6    WAITING FOR YOUR ORDER, BUT THOSE ARE OUR DATES.

11:22AM  7              THE COURT:  I WELCOME YOU TO MEET AND CONFER, AND IF

11:22AM  8    YOU CAN AGREE ON A MODIFICATION TO THE DISCOVERY CUTOFF, THAT

11:22AM  9    WOULD BE GREAT.

11:22AM  10         DO YOU WANT TO KEEP THE NOVEMBER 17TH CMC ON CALENDAR?

11:22AM  11             MR. GUY:  CERTAINLY, YOUR HONOR.  THANK YOU.

11:22AM  12             THE COURT:  ALL RIGHT.  GOOD.

11:22AM  13             MR. HATTENBACH:  THANK YOU.

11:22AM  14             THE COURT:  THANK YOU ALL.

11:22AM  15             MR. GUY:  THANK YOU VERY MUCH.

11:23AM  16         (WHEREUPON, THE PROCEEDINGS IN THIS MATTER WERE CONCLUDED.)

         17

         18

         19

         20

         21

         22

         23

         24

         25

1

2

3

4                              **CERTIFICATE OF REPORTER**

5

6

7

8              I, THE UNDERSIGNED OFFICIAL COURT

9    REPORTER OF THE UNITED STATES DISTRICT COURT FOR

10   THE NORTHERN DISTRICT OF CALIFORNIA, 280 SOUTH

11   FIRST STREET, SAN JOSE, CALIFORNIA, DO HEREBY

12   CERTIFY:

13              THAT THE FOREGOING TRANSCRIPT,

14   CERTIFICATE INCLUSIVE, CONSTITUTES A TRUE, FULL AND

15   CORRECT TRANSCRIPT OF MY SHORTHAND NOTES TAKEN AS

16   SUCH OFFICIAL COURT REPORTER OF THE PROCEEDINGS

17   HEREINBEFORE ENTITLED AND REDUCED BY COMPUTER-AIDED

18   TRANSCRIPTION TO THE BEST OF MY ABILITY.

19

20

21

22

23

24   _____

25   SUMMER A. FISHER, CSR, CRR
     CERTIFICATE NUMBER 13185              DATED: 9/26/16