UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TESSERA, INC.,<br>   Plaintiff,<br>  v.<br>TOSHIBA CORPORATION,<br>   Defendant. | Case No. 15-cv-02543 BLF (NC)<br><br>**ORDER DENYING TOSHIBA'S DISCOVERY REQUESTS IN LETTER BRIEFS NOS. 12 AND 13**<br><br>Re: Dkt. Nos. 247, 248 |

Toshiba moves for leave to pursue additional discovery from third-party auditor KPMG and a former KPMG employee Paul Wesela.

In letter brief number 12, Toshiba seeks to compel answers from Wesela about certain Tessera licensee royalties and complaints from others about KPMG's audit independence. Dkt. No. 247. Wesela was the Engagement Director for the 2009 KPMG inspection and part of the 2015 inspection.

In letter brief number 13, Toshiba seeks to compel answers from Juan Gonzales as to his personal compensation for Tessera-related work, the identities of certain Tessera licensees considered by KPMG in its analysis, and complaints from others about KPMG's audit independence. Dkt. No. 248. Gonzales was designated by KPMG as its 30(b)(6) deponent in response to topics specified by Toshiba.

As to both requests, the central legal question is whether there is good cause to

1  compel further discovery.  Toshiba deposed Wesela for six hours and Gonzales for seven.
2  The fact discovery deadline in this case was October 31, 2016, which was extended for
3  limited purposes to November 15.  These discovery briefs were submitted one week later,
4  at the last possible moment.

5       The Court finds that there is not good cause and therefore DENIES both requests.
6  As to Wesela, the benefit of further questioning would be out-weighed by the burden on
7  Wesela, KPMG, and Tessera.  As to Gonzales, the benefit of further questioning would be
8  out-weighed by the burden on Gonzales, KPMG, and Tessera.  Furthermore, the Court
9  finds the proposed questions to Gonzales exceed the scope of the 30(b)(6) topics.

10       At bottom, by presenting these requests at the end of the discovery process, Toshiba
11  forces the Court either to extend the case management schedule and to delay the trial or to
12  go forward with an imperfect discovery record.  Based on the information presented,
13  Toshiba has not shown good cause to compel additional discovery.

15  **IT IS SO ORDERED.**

17  Dated:  November 28, 2016          _____
                                     NATHANAEL M. COUSINS
18                                      United States Magistrate Judge