# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA
# SAN JOSE DIVISION

| | |
|---|---|
| TESSERA, INC., <br>     Plaintiff, <br> v. <br> TOSHIBA CORPORATION, <br>     Defendant. | Case No. 15-cv-02543-BLF <br><br> **FINAL JUDGMENT PURSUANT TO FED. R. CIV. P. 54(B)** |

This action having come before the Court, and the Court having considered the same, and having granted partial summary judgment in favor of Defendant Toshiba Corporation ("Toshiba"), and denied partial summary judgment in favor of Plaintiff Tessera, Inc. ("Tessera") on Tessera's Third Cause of Action (Tessera's claim for Declaratory Relief Regarding F-µBGA Packages) in its First Amended Complaint, ECF 241, having ordered entry of final judgment in favor of Toshiba on such cause of action, ECF 330, and having found no just reason for delay; now, therefore,

**IT IS ORDERED, ADJUDGED, AND DECREED** that in accordance with the Court's March 6, 2017 Order Granting Plaintiff Tessera's Motion for Entry of Final Judgment Under Federal Rule of Civil Procedure 54(b), ECF 330, final judgment is hereby entered in favor of Toshiba and against Tessera on Tessera's Third Cause of Action (Tessera's claim for Declaratory Relief Regarding F-µBGA Packages) in its First Amended Complaint based on the Court's November 7, 2016 summary judgment ruling that the parties' 1999 license agreement for Tessera's "Tessera Compliant Chip" technology, as amended in 2002 and again in 2005, is an infringement-based license requiring payment of royalties only if Toshiba practices the claims of unexpired, valid, and enforceable licensed patent(s), ECF 241.

**IT IS SO ORDERED.**

Dated: March 27, 2017

_____
BETH LABSON FREEMAN
United States District Judge