VENABLE LLP
Kimberly A. Meyer (SBN 307655)
    kmeyer@venable.com
2049 Century Park East, Suite 2300
Los Angeles, CA  90067
Telephone:     (310) 229-9900
Facsimile:      (310) 229-9901

Counsel of Record for
Plaintiff TESSERA, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| TESSERA, INC.,<br><br>                    Plaintiff,<br>v.<br><br>TOSHIBA CORPORATION,<br><br>                    Defendant. | Case No. 5:15-cv-02543-BLF<br><br>Hon. Beth Labson Freeman<br><br>[PROPOSED] ORDER REGARDING NOTICE OF WITHDRAWAL OF KIMBERLY A. MEYER |

Having considered the request of Kimberly A. Meyer to withdraw as counsel of record for Tessera, Inc. in the above captioned matter,

IT IS HEREBY ORDERED THAT:

(1) The request is GRANTED;

(2) Kimberly A. Meyer is relieved as counsel of record for Tessera, Inc. in the above captioned matter; and

(3) Kimberly A. Meyer is terminated from electronic notifications in this action.

IT IS SO ORDERED.

Dated: __March 29__, 2017                     _/s/ Beth Labson Freeman_____
                                                                    Hon. Beth L. Freeman
                                                                    United States District Judge

15116074-v1                         [PROPOSED] ORDER REGARDING NOTICE OF WITHDRAWAL OF COUNSEL