# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA
# SAN JOSE DIVISION

| | |
|---|---|
| TESSERA, INC., <br><br>　　　　　Plaintiff, <br><br>　v. <br><br>TOSHIBA CORPORATION, <br><br>　　　　　Defendant. | Case No. 15-cv-02543-BLF <br><br>**ORDER UNSEALING ORDER GRANTING PLAINTIFF TESSERA, INC.'S MOTION FOR ENTRY OF FINAL JUDGMENT UNDER RULE 54(b) AND FOR STAY OF PROCEEDINGS** <br><br>[Re: ECF 330] |

Pursuant to the Court's redaction order dated March 6, 2017 (ECF 331), the parties should have submitted proposed redactions to the Court's Order Granting Plaintiff Tessera, Inc.'s Motion for Entry of Final Judgment Under Rule 54(b) and for Stay of Proceedings (ECF 330) by March 13, 2017 if any redaction was required. The parties have not submitted any proposed redaction as well as supporting declaration(s) and a proposed order to this date.

Accordingly, IT IS HEREBY ORDERED that the Court's Order Granting Plaintiff Tessera, Inc.'s Motion for Entry of Final Judgment Under Rule 54(b) and for Stay of Proceedings (ECF 330) shall be unsealed in its entirety.

**IT IS SO ORDERED.**

Dated: August 14, 2018

_____
BETH LABSON FREEMAN
United States District Judge