**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN JOSE DIVISION**

| | |
|---|---|
| TESSERA, INC.,<br>　　　　　Plaintiff,<br>　　v.<br>TOSHIBA CORPORATION,<br>　　　　　Defendant. | Case No. 15-cv-02543-BLF<br><br>**ORDER REQUIRING STATUS UPDATE** |

This case was stayed pending the outcome of the appeal before the Ninth Circuit. ECF 330. On April 14, 2017, the parties submitted a status report stating that the Ninth Circuit set a briefing schedule. ECF 341. The parties are directed to jointly submit a status update within thirty (30) days of the Ninth Circuit's decision on the pending appeal.

**IT IS SO ORDERED.**

Dated: August 14, 2018

_____
BETH LABSON FREEMAN
United States District Judge