UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| TESSERA, INC.,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>TOSHIBA CORPORATION,<br><br>　　　　Defendant. | Case No. 15-cv-02543-BLF<br><br>**ORDER RE THE PARTIES' MOTIONS FOR SUMMARY JUDGMENT; SCHEDULING CASE MANAGEMENT CONFERENCE FOR MARCH 7, 2019, AT 11:00 A.M.** |

On March 6, 2017, this case was stayed pending the outcome of Tessera, Inc.'s appeal before the Ninth Circuit. ECF 330. On November 21, 2018, the Ninth Circuit dismissed Tessera's appeal for lack of appellate jurisdiction. *See* Ex. A, ECF 358-1. On December 21, 2018, the parties filed a Joint Case Status Update requesting "to renew all pending motions for summary judgment." *See* Joint Case Status Update at 2, ECF 358. At the time this case was stayed, two "second-stage" motions for summary judgment were pending: ECF 303 and ECF 305. Both motions were terminated without prejudice. *See* Order Granting Stay at 13, ECF 330.

The parties shall re-notice their respective "second-stage" motions for summary judgment. The parties are to reserve a hearing date and motions are to be filed within 14 days of reserving a date, in accordance with the undersigned's Standing Order re Civil Cases. The summary judgment briefing may be updated but must not exceed the pages used in the original briefing. The parties are to submit courtesy copies of the re-filed briefing and exhibits to chambers. Footnotes, if any, shall be double-spaced and in 12-point type, in accordance with the Standing Order re Civil Cases.

The Court hereby **SETS** a case management conference for March 7, 2019, at 11:00 a.m. The joint case management statement shall be due February 28, 2019.

**IT IS SO ORDERED.**

Dated: January 4, 2019

　　　　　　　　　　　　　　　　　　　　　BETH LABSON FREEMAN
　　　　　　　　　　　　　　　　　　　　　United States District Judge