**BAKER BOTTS LLP**
G. Hopkins Guy, III (124811) hop.guy@bakerbotts.com
Amy K. Liang (291910) amy.liang@bakerbotts.com
Tina Jing Yang (304870) tina.yang@bakerbotts.com
1001 Page Mill Road
Building One, Suite 200
Palo Alto, California 94304
Telephone: (650) 739-7500
Facsimile: (650) 739-7699

Michael Hawes (*Pro Hac Vice*) michael.hawes@bakerbotts.com
Scott Partridge (*Pro Hac Vice*) scott.partridge@bakerbotts.com
Ali Dhanani (*Pro Hac Vice*) ali.dhanani@bakerbotts.com
One Shell Plaza
910 Louisiana Street
Houston, Texas 77002
Telephone: (713) 229-1750
Facsimile: (713) 229-7750

David M. Genender (*Pro Hac Vice*) david.genender@bakerbotts.com
2001 Ross Avenue, Suite 700
Dallas, Texas 75201
Telephone: (214) 953-6500

**COBLENTZ PATCH DUFFY & BASS LLP**
Lawrence J. Siskind (85628) lsiskind@coblentzlaw.com
One Embarcadero Center, Suite 3000
San Francisco, CA 94104
Telephone: (415) 391-4800
Facsimile: (415) 989-1663

Attorneys for Defendant
TOSHIBA CORPORATION

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN JOSE DIVISION**

| | |
|---|---|
| TESSERA, INC.,<br><br>    Plaintiff,<br><br>v.<br><br>TOSHIBA CORPORATION,<br><br>    Defendants. | Case No.  5:15-cv-02543-BLF<br><br>**JOINT STIPULATION REGARDING TOSHIBA'S MOTION TO REINSTATE TOSHIBA'S MOTION TO STRIKE (ECF 318)** |

1  PURSUANT TO CIV. L.R. 7-11 AND 7-12, THE PARTIES STIPULATE to Toshiba's request that the Court reinstate Toshiba's previously-filed Motion to Strike Tessera's Bravman and Kinrich Expert Reports (ECF 318).  Tessera does not oppose Toshiba's request to reinstate the Motion to Strike but reserves the right to oppose the Motion to Strike on any grounds, including, but not limited to, that the motion is procedurally improper.

IT IS SO STIPULATED THROUGH COUNSEL OF RECORD.

Dated:  February 14, 2019

| IRELL & MANELLA LLP | BAKER BOTTS LLP |
|---|---|
| By: */s/ A. Matthew Ashley*<br>    A.  Matthew Ashley | By: */s/ G. Hopkins Guy, III*<br>    G. Hopkins Guy, III |
| *Attorneys for Plaintiff*<br>*Tessera, Inc.* | *Attorneys for Defendant*<br>*Toshiba Corporation* |