UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| TESSERA, INC.,<br><br>    Plaintiff,<br><br>v.<br><br>TOSHIBA CORPORATION,<br><br>    Defendant. | Case No. 15-cv-02543-BLF<br><br>**ORDER DENYING ADMINISTRATIVE MOTIONS TO REINSTATE; TERMINATING SUMMARY JUDGMENT MOTIONS WITHOUT PREJUDICE**<br><br>[Re: ECF 372, 374, 378, 380] |

Defendant Toshiba Corporation has filed administrative motions to reinstate a motion to strike and associated sealing motion (ECF 317 and 318) previously vacated without prejudice. *See* ECF 372, 374. Plaintiff has stipulated to Defendant's request to reinstate the two motions. *See* ECF 371, 373. Additionally, the parties have filed their second round of summary judgment motions.

At this junction, with no trial date set and a failed attempt to resolve the case through early summary judgment motions, the Court will not allow the filing of these successive motions until after the case management conference set on March 7, 2019.

At the case management conference, the Court expects to receive a case plan from the parties and guidance as to what role the summary judgment motions and motion to strike will play in this case moving forward. Accordingly, the Court hereby TERMINATES without prejudice the recently-filed motions for summary judgment (ECF 378 and 380) and associated sealing motions (ECF 376 and 378). These motions, and the motion to strike, may be reset or refiled pending discussion at the March 7, 2019 case management conference.

**IT IS SO ORDERED.**

Dated: February 15, 2019

/s/ Beth Labson Freeman
BETH LABSON FREEMAN
United States District Judge