| | |
|---|---|
| **IRELL & MANELLA LLP**<br>Morgan Chu (70446)<br>MChu@Irell.com<br>Benjamin W. Hattenbach (186455)<br>BHattenbach@Irell.com<br>Michael D. Harbour (298185)<br>MHarbour@Irell.com<br>1800 Avenue of the Stars, Suite 900<br>Los Angeles, California 90067-4276<br>Telephone:   (310) 277-1010<br>Facsimile:    (310) 203-7199<br><br>A. Matthew Ashley (198235)<br>MAshley@Irell.com<br>Lisa S. Glasser (223406)<br>LGlasser@Irell.com<br>840 Newport Ctr. Dr., Suite 400<br>Newport Beach, CA  92660<br><br>Attorneys for Plaintiff<br>**TESSERA, INC.** | **BAKER BOTTS LLP**<br>G. Hopkins Guy, III (124811)<br>hop.guy@bakerbotts.com<br>Amy K. Liang (291910)<br>amy.liang@bakerbotts.com<br>Sean Y. Lee (322805)<br>sean.lee@bakerbotts.com<br>1001 Page Mill Road<br>Building One, Suite 200<br>Palo Alto, California 94304<br>Telephone: (650) 739-7500<br>Facsimile: (650) 739-7699<br><br>Michael Hawes (*Pro Hac Vice*)<br>michael.hawes@bakerbotts.com<br>Ali Dhanani (*Pro Hac Vice*)<br>ali.dhanani@bakerbotts.com<br>One Shell Plaza<br>910 Louisiana Street<br>Houston, Texas 77002<br>Telephone: (713) 229-1750<br>Facsimile: (713) 229-7750<br><br>David M. Genender (*Pro Hac Vice*)<br>david.genender@bakerbotts.com<br>2001 Ross Avenue, Suite 700<br>Dallas, Texas 75201<br>Telephone: (214) 953-6500<br><br>Attorneys for Defendant<br>**TOSHIBA CORPORATION** |

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE DIVISION

| | |
|---|---|
| TESSERA, INC.,<br>　　　　　Plaintiff,<br>v.<br>TOSHIBA CORPORATION,<br>　　Defendants. | Case No.  5:15-cv-02543-BLF<br><br>**JOINT STIPULATION REGARDING MOTIONS  FOR SUMMARY JUDGMENT AND CASE SCHEDULE AND [PROPOSED] ORDER**<br><br>Hon. Beth Labson Freeman<br><br>Trial Date: October 19, 2020 |

Pursuant to Civil L.R. 6-2 and Civil L.R. 7-12, Plaintiff Tessera, Inc. ("Tessera") and Defendant Toshiba Corporation ("Toshiba") (collectively, "the Parties"), by and through their respective counsel, and subject to the approval of the Court, hereby submit this joint stipulation to re-notice their motions for summary judgment and set a proposed briefing schedule.

On January 4, 2019, the Court ordered the Parties to "re-notice their respective 'second-stage' motions for summary judgment." Dkt. No. 359 at 1:17-18. The Court stated that "[t]he summary judgment briefing may be updated but must not exceed the pages used in the original briefing." *Id.* at 1:19-20. The Parties filed their opening brief for the second stage summary judgment motions on February 14, 2019. Dkt. Nos. 376-380. The Parties also filed a joint stipulation to reinstate Toshiba's Motion to Strike Tessera's Bravman and Kinrich Expert Reports ("Motion to Strike"). Dkt. Nos. 371-72. On February 15, 2019, the Court terminated the Parties' second stage summary judgment motions and Toshiba's Motion to Strike without prejudice pending a Case Management Conference. Dkt. No. 381.

At the March 7, 2019 Case Management Conference, the Court set an August 22, 2019 hearing date for the second stage summary judgment motions and Toshiba's Motion to Strike. Dkt. No. 389 at 9:1-11:3. The Court instructed the Parties to re-notice their previously terminated motions and identify the relevant docket numbers. *Id.*

The Parties hereby re-notice the following motions for hearing on August 22, 2019:

| MOTION | DOCKET NUMBERS |
| --- | --- |
| Tessera's Motion for Partial Summary Judgment on Toshiba's Request for Refund of Royalty Payments | • Administrative Motion to File Under Seal – **Dkt. No. 377**<br>• Motion for Summary Judgment and Proposed Order – **Dkt. No. 378**<br>• Declaration of Michael Harbour in Support of Motion – **Dkt. No. 379** |
| Toshiba's Re-filed Second Motion for Summary Judgment | • Administrative Motion to File Under Seal – **Dkt. No. 376** |

| MOTION | DOCKET NUMBERS |
|---|---|
|  | - Motion for Summary Judgment and Proposed Order – **Dkt. No. 378** |
| Toshiba's Motion to Strike Tessera's Bravman and Kinrich Expert Reports | - Administrative Motion to File Under Seal – **Dkt. No. 317**<br>- Motion to Strike Expert Reports – **Dkt. No. 318** |

The Parties also stipulate and agree to the following:

1. The Parties agree that no further amendments to the pleadings are appropriate, and the March 18, 2016 deadline to amend the pleadings or add new parties (Dkt. No. 46) applies.

2. The Parties' oppositions to the second stage summary judgment motions and Tessera's opposition to Toshiba's Motion to Strike will be due on June 28, 2019.  The Parties' oppositions to the second stage summary judgment motions will be subject to a 15-page limit. Tessera's opposition to Toshiba's Motion to Strike will be subject to a 10-page limit.

3. The Parties' replies in support of their second stage summary judgment motions and Toshiba's Reply in Support of Its Motion to Strike will be due on August 1, 2019.  The Parties' replies in support of their second stage summary judgment motions will be subject to a 10-page limit.  Toshiba's reply in support of its Motion to Strike will be subject to a 5-page limit.

4. The Parties will inquire with the Court shortly after the August 1, 2019 round of reply briefing to ensure that the Court has a complete chambers copy of all filings.

5. All discovery is closed except for expert depositions.  Expert depositions will be stayed pending the Court's ruling on the above re-noticed motions.  Expert witnesses have already been identified, and expert reports have already issued.  Expert depositions will take place at a mutually agreed time after the Court rules on the second stage summary judgment motions.  Expert depositions will be completed by February 29, 2020, provided the Parties receive the Court's second stage summary judgment orders within 90 days of this date.

6. *Daubert* motions must be filed either before the final pretrial conference or at the final pretrial conference.

7. If the Parties file *Daubert* motions before the final pretrial conference, (1) the Parties shall secure a hearing date at least 60 days before trial, (2) the Parties shall request the hearing date at least five months before the secured hearing date, and (3) the *Daubert* motions shall not exceed 10 pages per expert and are limited to a total of 25 pages for each party.

8. If the Parties file *Daubert* motions at the final pretrial conference, each of the *Daubert* motions shall be (1) deemed, for each of the Parties, one of the five motions *in limine* allowed at the final pretrial conference, (2) subject to a 5-page limit, and (3) subject to one expert per motion.

9. At this time and until the Court rules on the second stage summary judgment motions, the Parties do not believe that mediation would be beneficial. The Parties will meet and confer to select a private mediator and mediation date following the Court's second stage summary judgment ruling.

10. The Parties agree to propose pretrial deadlines at least five days prior to the Parties' meet and confer regarding the final pretrial conference (June 1, 2020), including deadlines to:

- exchange witness lists;
- exchange depositions designations;
- exchange exhibit lists;
- exchange information for Joint Final Pretrial Order, Proposed Jury Instructions, and Verdict Form;
- exchange searchable PDFs of all exhibits;
- exchange information for Joint Final Pretrial Order, Proposed Jury Instruction, and Verdict Form;
- exchange counter deposition designations;
- file proposed Joint Final Pretrial Order;
- file proposed Jury Instructions;
- file joint Verdict Forms;

- file Motions *in Limine* and Pretrial Objections;
- file objections to exhibit lists;
- meet and confer with each other regarding: MILs, deposition designations, and exhibits;
- file responsive briefing to MILs; and
- Initial Pretrial Conference, hearing on MILs, and hearing on objections to deposition designations and exhibits.

The Parties also stipulate and agree to the following schedule:

| EVENT | DATE OR DEADLINE |
|---|---|
| Last Day to Hear Dispositive Motions | 8/22/2019 at 9:00 am |
| Last Day to Take Expert Depositions | 2/29/2020 |
| Deadline for Parties to Meet and Confer Regarding Pretrial Deadlines and Joint Pretrial Statement and Order | 6/1/2020 |
| Deadline for Parties to Submit Joint Pretrial Statement and Order and Pretrial Motions | 7/1/2020 |
| Final Pretrial Conference | 9/17/2020 at 1:30 pm |
| Jury Selection | Depending on the Court's schedule, jury selection will begin on 10/16/2020 |
| Trial | 10/19/2020 at 9:00 am |

Respectfully submitted,

DATED: March 28, 2019      **BAKER BOTTS LLP**

By: */s/ G. Hopkins Guy, III*
      G. Hopkins Guy, III

*Attorneys for Defendant*
TOSHIBA CORPORATION

DATED: March 28, 2019      **IRELL & MANELLA LLP**

By: */s/ A. Matthew Ashley*
      A. Matthew Ashley

*Attorneys for Plaintiff*
TESSERA, INC.

JOINT STIP RE MOTIONS FOR SUMMARY JUDGMENT AND PROPOSED BRIEFING SCHEDULE AND [PROPOSED] ORDER     -4-     Case No. 5:15-cv-02543-BLF

## **[PROPOSED] ORDER**

Pursuant to the Parties' Stipulation, IT IS SO ORDERED.

Dated: _____

                                              Hon. Beth Labson Freeman
                                              United States District Judge

## ECF ATTESTATION

I, Michael D. Harbour, am the ECF user whose ID and password are being used to file this JOINT STIPULATION REGARDING MOTIONS FOR SUMMARY JUDGMENT AND CASE SCHEDULE AND [PROPOSED] ORDER.  I hereby attest that I received authorization to insert the signatures indicated by a conformed signature (/s/) within this e-filed document.

*/s/  Michael D. Harbour*
Michael D. Harbour