# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA
# SAN JOSE DIVISION

| | |
|---|---|
| TESSERA, INC., <br><br> Plaintiff, <br><br> v. <br><br> TOSHIBA CORPORATION, <br><br> Defendant. | Case No. 15-cv-02543-BLF <br><br> **ORDER RE THE PARTIES' ADMINISTRATIVE MOTIONS TO SEAL** <br><br> [Re: ECF 317, 376, 377] |

For administrative motions to seal, the undersigned's current Standing Order re Civil Cases requires submission of a proposed order that includes a four-column chart containing certain specified content. *See* Standing Order re Civil Cases § V; *see also* Civil Local Rule 79-5(d)(B). The parties are hereby DIRECTED to submit updated proposed orders to the sealing motions at ECF 317, 376, and 377 that comply with the undersigned's current Standing Order re Civil Cases and Civil Local Rule 79-5. These updated proposed orders are due **no later than June 21, 2019**.

Proposed orders submitted with any future motions to seal shall likewise comply with the undersigned's current Standing Order re Civil Cases and Civil Local Rule 79-5.

**IT IS SO ORDERED.**

Dated: June 6, 2019

_____
BETH LABSON FREEMAN
United States District Judge