# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA
# SAN JOSE DIVISION

| | |
|---|---|
| TESSERA, INC., <br>     Plaintiff, <br> v. <br> TOSHIBA CORPORATION, <br>     Defendant. | Case No. 15-cv-02543-BLF <br><br> **ORDER STRIKING PLAINTIFF'S MOTION TO STRIKE AT ECF 421** |

On August 1, 2019, Plaintiff Tessera, Inc. filed a Motion to Strike portions of Defendant Toshiba Corporation's opposition brief to Plaintiff's motion for partial summary judgment. *See* Motion to Strike, ECF 421. In its Motion to Strike, Plaintiff notes that it also "raised its evidentiary objections to these materials in its summary judgment reply brief[]." *See* Motion to Strike at 1. Indeed, as required for such objections, Plaintiff included these evidentiary objections in its reply brief in support of Plaintiff's motion for summary judgment. *See* Plaintiff's Summary Judgment Reply at 5–7, ECF 419. Thus, Plaintiff's Motion to Strike is duplicative of its reply brief. Accordingly, the Court hereby STRIKES Plaintiff's Motion to Strike at ECF 421, as well as the associated sealing motion at ECF 420.

**IT IS SO ORDERED.**

Dated: August 2, 2019

BETH LABSON FREEMAN
United States District Judge