UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

TESSERA, INC.,

    Plaintiff,

v.

TOSHIBA CORPORATION,

    Defendant.

Case No. 15-cv-02543-BLF

**ORDER RE REDACTIONS OF ORDER (1) GRANTING TESSERA'S MOTION FOR PARTIAL SUMMARY JUDGMENT, (2) DENYING TOSHIBA'S MOTION FOR SUMMARY JUDGMENT, AND (3) GRANTING IN PART AND DENYING IN PART TOSHIBA'S MOTION TO STRIKE**

The Court's Order Granting Tessera's Motion for Partial Summary Judgment, Denying Toshiba's Motion for Summary Judgment, and Granting in Part and Denying in Part Toshiba's Motion to Strike (ECF 434) has been filed on the public docket and locked because it may contain information that the Court previously allowed to be filed under seal due to its highly confidential and business-sensitive nature. The parties shall meet and confer **no later than October 17, 2019**, and submit proposed redactions to the Court's order (to the extent any redaction is required), as well as supporting declaration(s) and a proposed order. If no redactions are needed, the parties shall submit a statement stating as such. If no proposed redactions are received by 11:59 p.m. on October 17, 2019, the Court shall unseal the order in its entirety.

**IT IS SO ORDERED.**

Dated: October 10, 2019

_____
BETH LABSON FREEMAN
United States District Judge