# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA
# SAN JOSE DIVISION

| | |
|---|---|
| TESSERA, INC., <br><br>  Plaintiff, <br><br> v. <br><br> TOSHIBA CORPORATION, <br><br>  Defendant. | Case No. 15-cv-02543-BLF <br><br> **ORDER RE MEDIATION** |

On March 19, 2019, the Parties stipulated that they would meet and confer to select a private mediator and mediation date following the Court's second stage summary judgment ruling. ECF 391.  The parties SHALL advise the Court if they would like a referral to a magistrate judge, or if they will use a private mediator, **on or before October 24, 2019**.  If the Parties elect referral to a magistrate judge, the may jointly recommend a particular magistrate judge within the district, or the Court will assign a magistrate judge within the San Jose Division.

**IT IS SO ORDERED.**

Dated: October 10, 2019

_____
BETH LABSON FREEMAN
United States District Judge