# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA
# SAN JOSE DIVISION

| | |
|---|---|
| TESSERA, INC., <br>        Plaintiff, <br> v. <br> TOSHIBA CORPORATION, <br>        Defendant. | Case No. 15-cv-02543-BLF <br><br> **ORDER REQUESTING JOINT STATUS REPORT RE MEDIATION** <br><br> [Re: ECF 441] |

On October 24, 2019, the parties notified the Court that they had agreed to use a private mediator and anticipated mediating within three months of that date. ECF 441. As such, the Court requests a joint status report regarding mediation **on or before February 21, 2020.**

**IT IS SO ORDERED.**

Dated: February 7, 2020

_____
BETH LABSON FREEMAN
United States District Judge