**IRELL & MANELLA LLP**
Morgan Chu (70446)
MChu@Irell.com
Benjamin W. Hattenbach (186455)
BHattenbach@Irell.com
Michael D. Harbour (298185)
MHarbour@Irell.com
1800 Avenue of the Stars, Suite 900
Los Angeles, California 90067-4276
Telephone:   (310) 277-1010
Facsimile:   (310) 203-7199

A. Matthew Ashley (198235)
MAshley@Irell.com
Lisa S. Glasser (223406)
LGlasser@Irell.com
Michael H. Strub (153828)
MStrub@Irell.com
840 Newport Ctr. Dr., Suite 400
Newport Beach, CA 92660
Telephone:   (949) 760-0991
Facsimile:   (949) 760-5200

Attorneys for Plaintiff
TESSERA, INC.

**BAKER BOTTS LLP**
G. Hopkins Guy, III (124811)
hop.guy@bakerbotts.com
Sean Y. Lee (322805)
sean.lee@bakerbotts.com
1001 Page Mill Road
Building One, Suite 200
Palo Alto, California 94304
Telephone: (650) 739-7500
Facsimile: (650) 739-7699

Michael Hawes (*Pro Hac Vice*)
michael.hawes@bakerbotts.com
Ali Dhanani (*Pro Hac Vice*)
ali.dhanani@bakerbotts.com
One Shell Plaza
910 Louisiana Street
Houston, Texas 77002
Telephone: (713) 229-1750
Facsimile: (713) 229-7750

David M. Genender (*Pro Hac Vice*)
david.genender@bakerbotts.com
2001 Ross Avenue, Suite 700
Dallas, Texas 75201
Telephone: (214) 953-6500

**COBLENTZ PATCH DUFFY & BASS LLP**
Lawrence J. Siskind (85628)
lsiskind@coblentzlaw.com
One Embarcadero Center, Suite 3000
San Francisco, CA 94104
Telephone: (415) 391-4800
Facsimile: (415) 989-1663

Attorneys for Defendant
TOSHIBA CORPORATION

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| TESSERA, INC.,<br><br>              Plaintiff,<br><br>     v.<br><br>TOSHIBA CORPORATION,<br><br>              Defendant. | Case No. 5:15-cv-02543-BLF<br><br>**JOINT STIPULATION TO AMEND CASE SCHEDULE AND [~~PROPOSED~~] ORDER** |

IRELL & MANELLA LLP
A Registered Limited Liability
Law Partnership Including
Professional  Corporations

10803390

JOINT STIPULATION TO AMEND CASE SCHEDULE
AND [~~PROPOSED~~] ORDER
Case No. 5:15-cv-02543-BLF

Pursuant to Local Rules 6-2 and 7-12, Plaintiff Tessera, Inc. ("Tessera") and Defendant Toshiba Corporation ("Toshiba"), by and through their counsel of record, and as recently discussed with the Court, respectfully submit this Joint Stipulation to Amend the Case Schedule (Dkts. 393, 443).

Following remand from the Ninth Circuit Court of Appeals, this Court entered a Case Schedule setting the following relevant dates:

- February 29, 2020 – Last Day to Take Expert Depositions;
- June 1, 2020 – Deadline for Parties to Meet and Confer Regarding Pretrial Deadlines and Joint Pretrial Statement and Order;
- July 1, 2020 – Deadline for Parties to Submit Joint Pretrial Statement and Order and Pretrial Motions;
- September 17, 2020 – Final Pretrial Conference;
- October 19, 2020 – Trial.

Dkt. 393 at 4. The parties previously requested that the deadline to take expert depositions be extended to March 2, 2020, and the Court granted this request. Dkt. 443. There have been no other changes to the Case Schedule.

For the reasons explained on the parties' February 18, 2020 teleconference with the Court, the parties hereby respectfully request that, subject to Court approval, the Scheduling Order be amended as follows (with the Pretrial Conference Date and Trial Date remaining unchanged):

| EVENT | PROPOSED DATE | CURRENT DATE |
| --- | --- | --- |
| Last Day to Take Expert Depositions | 05/17/2020 | 03/02/2020 (Dkt. 443) |
| Deadline to File *Daubert* Motions | 06/16/2020 | n/a |
| Deadline to Oppose *Daubert* Motions | 07/07/2020 | n/a |
| Deadline to File Replies in Support of *Daubert* Motions | 07/17/2020 | n/a |
| Deadline for Parties to Meet and Confer Regarding Pretrial Deadlines and Joint Pretrial Statement and Order | 07/29/2020 | 06/01/2020 (Dkt. 393) |
| Hearing on *Daubert* Motions | 08/13/2020 | n/a |

IRELL & MANELLA LLP
A Registered Limited Liability
Law Partnership Including
Professional Corporations

10803390 - 1 -

JOINT STIPULATION TO AMEND CASE SCHEDULE
AND [PROPOSED] ORDER
Case No. 5:15-cv-02543-BLF

| EVENT | PROPOSED DATE | CURRENT DATE |
|---|---|---|
| Deadline for Parties to Submit Joint Pretrial Statement and Order and Pretrial Motions | 08/27/2020 | 07/01/2020 (Dkt. 393) |
| Final Pretrial Conference | 09/17/2020 at 1:30 p.m. | 09/17/2020 at 1:30 p.m. (Dkt. 393) |
| Depending on the Court's schedule, jury selection will begin | 10/16/2020 | 10/16/2020 (Dkt. 393) |
| Trial | 10/19/2020 at 9:00 a.m. | 10/19/2020 at 9:00 a.m. (Dkt. 393) |

The parties agree that all presently set expert depositions are vacated and will be reset by the parties at mutually convenient dates and times.

Dated: February 20, 2020         IRELL & MANELLA LLP


By: /s/ A. Matthew Ashley
  A. Matthew Ashley
  *Attorneys for Plaintiff*
  TESSERA, INC.

Dated: February 20, 2020         BAKER BOTTS LLP


By: /s/ G. Hopkins Guy
  G. Hopkins Guy, III
  *Attorneys for Defendant*
  TOSHIBA CORPORATION

**ORDER**

Pursuant to stipulation, IT IS SO ORDERED.

DATED: February 21, 2020
                                    The Honorable Beth Labson Freeman
                                    United States District Judge

IRELL & MANELLA LLP
A Registered Limited Liability
Law Partnership Including
Professional Corporations

10803390

- 2 -

JOINT STIPULATION TO AMEND CASE SCHEDULE
AND [PROPOSED] ORDER
Case No. 5:15-cv-02543-BLF