| | |
|---|---|
| **IRELL & MANELLA LLP**<br>Morgan Chu (70446)<br>MChu@Irell.com<br>Benjamin W. Hattenbach (186455)<br>BHattenbach@Irell.com<br>Michael D. Harbour (298185)<br>MHarbour@Irell.com<br>1800 Avenue of the Stars, Suite 900<br>Los Angeles, California 90067-4276<br>Telephone:   (310) 277-1010<br>Facsimile:    (310) 203-7199<br><br>A. Matthew Ashley (198235)<br>MAshley@Irell.com<br>Lisa S. Glasser (223406)<br>LGlasser@Irell.com<br>Michael H. Strub (153828)<br>MStrub@Irell.com<br>840 Newport Ctr. Dr., Suite 400<br>Newport Beach, CA 92660<br>Telephone:    (949) 760-0991<br>Facsimile:     (949) 760-5200<br><br>Attorneys for Plaintiff<br>TESSERA, INC. | **BAKER BOTTS LLP**<br>G. Hopkins Guy, III (124811)<br>hop.guy@bakerbotts.com<br>Sean Y. Lee (322805)<br>sean.lee@bakerbotts.com<br>1001 Page Mill Road<br>Building One, Suite 200<br>Palo Alto, California 94304<br>Telephone: (650) 739-7500<br>Facsimile: (650) 739-7699<br><br>Michael Hawes (*Pro Hac Vice*)<br>michael.hawes@bakerbotts.com<br>Ali Dhanani (*Pro Hac Vice*)<br>ali.dhanani@bakerbotts.com<br>One Shell Plaza<br>910 Louisiana Street<br>Houston, Texas 77002<br>Telephone: (713) 229-1750<br>Facsimile: (713) 229-7750<br><br>David M. Genender (*Pro Hac Vice*)<br>david.genender@bakerbotts.com<br>2001 Ross Avenue, Suite 700<br>Dallas, Texas 75201<br>Telephone: (214) 953-6500<br><br>**COBLENTZ PATCH DUFFY & BASS LLP**<br>Lawrence J. Siskind (85628)<br>lsiskind@coblentzlaw.com<br>One Embarcadero Center, Suite 3000<br>San Francisco, CA 94104<br>Telephone: (415) 391-4800<br>Facsimile: (415) 989-1663<br><br>Attorneys for Defendant<br>TOSHIBA CORPORATION |

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

## SAN JOSE DIVISION

| | |
|---|---|
| TESSERA, INC.,<br><br>    Plaintiff,<br><br>    v.<br><br>TOSHIBA CORPORATION,<br><br>    Defendant. | Case No. 5:15-cv-02543-BLF<br><br>**STIPULATION OF VOLUNTARY DISMISSAL WITH PREJUDICE PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 41(a)(1)(A)(ii)** |

IRELL & MANELLA LLP
A Registered Limited Liability
Law Partnership Including
Professional Corporations

10812325

STIPULATION OF VOLUNTARY DISMISSAL WITH
PREJUDICE
Case No. 5:15-cv-02543-BLF

1  IT IS HEREBY STIPULATED AND AGREED by and between the parties to this action,
2  acting through counsel, in consideration of a negotiated settlement executed by them, that:
3      1.    the above-captioned action shall be, and it hereby is, voluntarily DISMISSED
4  WITH PREJUDICE pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii); and
5      2.    each party shall bear its own fees, costs, and expenses in this action.

| Dated: March 10, 2020 | Respectfully submitted, |
|---|---|
| **IRELL & MANELLA LLP** | **BAKER BOTTS LLP** |
| By: /s/ A. Matthew Ashley<br>    A. Matthew Ashely | By: /s/ G. Hopkins Guy, III<br>    G. Hopkins Guy, III |
| *Attorneys for Plaintiff*<br>TESSERA, INC. | *Attorneys for Defendant*<br>TOSHIBA CORPORATION |

PURSUANT TO STIPULATION, IT IS SO ORDERED.

Dated:  March 10, 2020

_____
U.S. District Judge Beth Labson Freeman

IRELL & MANELLA LLP
A Registered Limited Liability
Law Partnership Including
Professional Corporations

10812325

- 1 -

STIPULATION OF VOLUNTARY DISMISSAL WITH PREJUDICE
Case No. 5:15-cv-02543-BLF

**ECF ATTESTATION**

I, Michael D. Harbour, am the ECF user whose ID and password are being used to file the parties' STIPULATION OF VOLUNTARY DISMISSAL WITH PREJUDICE PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 41(a)(1)(A)(ii).  I hereby attest that I received authorization to insert the signatures indicated by a conformed signature (/s/) within this e-filed document.

By: /s/   Michael D. Harbour
Michael D. Harbour

IRELL & MANELLA LLP
A Registered Limited Liability
Law Partnership Including
Professional Corporations

10812325

- 2 -

STIPULATION OF VOLUNTARY DISMISSAL WITH PREJUDICE
Case No. 5:15-cv-02543-BLF